Carolyn H. Cottrell (SBN 166977)
David C. Leimbach (SBN 265409)
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel.: 415.421.7100; Fax: 415.421.7105
ccottrell@scheiderwallace.com; dleimbach@schneiderwallace.com

E. Michelle Drake (*pro hac vice*)
Joseph C. Hashmall (*pro hac vice*)
BERGER & MONTAGUE, P.C.
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel.: 612.594.5999; Fax: 612.584.4470
emdrake@bm.net; jhashmall@bm.net

*Attorneys for Plaintiff*

Pamela Q. Devata (*pro hac vice*)
John W. Drury (*pro hac vice*)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Tel.: 312.460.5000; Fax: 312.460.7000
pdevata@seyfarth.com; jdrury@seyfarth.com

Nicole Baarts (SBN 226733)
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, CA 94105
Tel.: 415.397.2823; Fax: 415.397.8549
nbaarts@seyfarth.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY HOWELL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHECKR, INC.,<br><br>Defendant. | Case No.: 3:17-cv-04305-SK<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO STAY PROCEEDINGS TO FINALIZE AND SEEK APPROVAL OF THE PARTIES' CLASS SETTLEMENT**<br><br>Judge: Hon. Sallie Kim<br>Courtroom: A, 15th Floor |

Plaintiff Gregory Howell ("Plaintiff") and Defendant Checkr, Inc. ("Defendant") (collectively, the "parties"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, the parties have reached an agreement to settle this matter on a class-wide basis; and

WHEREAS, the parties are in the process of drafting a written settlement agreement and preparing the motion seeking preliminary approval from the Court of their settlement; and

WHEREAS, the parties are diligently working together to prepare the settlement agreement and preliminary approval motion, but will require additional time to finalize the necessary settlement papers and plan for class administration and notice; and

WHEREAS, the parties respectfully request that all proceedings be stayed through May 16, 2018 so that the parties can finalize their settlement and file with the Court the appropriate motion for preliminary approval; and

WHEREAS, in light of the foregoing, the parties respectfully request that the case management conference scheduled for April 30, 2018 be continued for a date after May 16, 2018.

Dated: April 13, 2018                         BERGER & MONTAGUE, P.C.

                                              By: /s/ Joseph Hashmall
                                                  Joseph Hashmall (*pro hac vice*)

                                              ATTORNEY FOR PLAINTIFF

Dated: April 13, 2018                         SEYFARTH SHAW LLP

                                              By: /s/ John W. Drury
                                                  John W. Drury (*pro hac vice*)

                                              ATTORNEY FOR DEFENDANT

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

                            Hon. Sallie Kim
                            U.S. Magistrate Judge

ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, John W. Drury, am the ECF User filing this STIPULATION. In compliance with Civil Local Rule 5-1, I hereby attest that Plaintiff's counsel, Joseph Hashmall, concurred in this filing.

Date: April 13, 2018                       /s/John W. Drury
                                              John W. Drury  (*pro hac vice*)