1
Carolyn H. Cottrell (SBN 166977)
David C. Leimbach (SBN 265409)

2
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400

3
Emeryville, CA 94608
Tel.: 415.421.7100; Fax: 415.421.7105

4
ccottrell@scheiderwallace.com
dleimbach@schneiderwallace.com

5

6
E. Michelle Drake (*pro hac vice*)
Joseph C. Hashmall (*pro hac vice*)

7
BERGER & MONTAGUE, P.C.
43 SE Main Street, Suite 505

8
Minneapolis, MN 55414
Tel.: 612.594.5999; Fax: 612.584.4470

9
emdrake@bm.net; jhashmall@bm.net

10

*Attorneys for Plaintiff*

11

12
Pamela Q. Devata (*pro hac vice*)
John W. Drury (*pro hac vice*)
SEYFARTH SHAW LLP

13
233 South Wacker Drive, Suite 8000

14
Chicago, IL 60606
Tel.: 312.460.5000; Fax: 312.460.7000

15
pdevata@seyfarth.com; jdrury@seyfarth.com

16
Nicole Baarts (SBN 226733)

17
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor

18
San Francisco, CA 94105
Tel.: 415.397.2823; Fax: 415.397.8549

19
nbaarts@seyfarth.com

20
*Attorneys for Defendant*

21

**UNITED STATES DISTRICT COURT**

22
**NORTHERN DISTRICT OF CALIFORNIA**

23
| GREGORY HOWELL, on behalf of himself and all others similarly situated, | Case No.: 3:17-cv-04305-SK |
| --- | --- |

24

25
| Plaintiff, | **STIPULATION REGARDING STAY & PRELIMINARY APPROVAL MOTION** |
| --- | --- |
| v. | |

26

27
| CHECKR, INC., | |
| --- | --- |
| | Judge: Hon. Sallie Kim |

28
| Defendants. | Courtroom: A, 15th Floor |

Case No. 3:17-cv-04305-SK

1    Plaintiff Gregory Howell ("Plaintiff") and Defendant Checkr, Inc. ("Defendant")

2   (collectively, the "parties"), by and through their counsel, hereby stipulate and agree as

3   follows:

4    WHEREAS, on April 13, 2018, the parties filed a Notice of Settlement and

5   Stipulation to Stay Proceedings (ECF No. 51) to allow the parties to finalize the

6   Settlement Agreement and seek preliminary approval of the same;

7    WHEREAS, on April 16, 2018, the Court granted the stay until May 16, 2018

8   (ECF No. 52);

9    WHEREAS, the parties have been diligently working to prepare the final

10   Settlement Agreement, and preliminary approval motion papers, and will be ready to file

11   on May 21, 2018 so that they may notice the motion to be heard on June 25, 2018, in

12   accordance with the Local Rules;

13    WHEREFORE, the parties respectfully request that the Court continue the stay of

14   proceedings in this matter until May 21, 2018, at which time Plaintiff will file the motion

15   for preliminary approval of the parties' Settlement Agreement, and notice the motion to be

16   heard on June 25, 2018.

17

18   Dated: May 16, 2018                    BERGER & MONTAGUE, P.C.

19                                          By: /s/Joseph C. Hashmall
20                                               Joseph C. Hashmall (*pro hac vice*)

21                                          ATTORNEY FOR PLAINTIFF

22

23   Dated: May 16, 2018                    SEYFARTH SHAW LLP

24                                          By: /s/John W. Drury
                                                 John W. Drury (*pro hac vice*)
25
                                            ATTORNEY FOR DEFENDANT
26

27

28
                                            -2-            Case No. 3:17-cv-04305-SK

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Date:   May 16, 2018                                                   _____

4                                                                          Hon. Sallie Kim
                                                                           U.S. Magistrate Judge

5

6                    ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

7          I, Joseph C. Hashmall, am the ECF User filing this STIPULATION.   In

8  compliance with Civil Local Rule 5-1, I hereby attest that John W. Drury concurred in this

9  filing.

10

11  Date:   May 16, 2018                               /s/Joseph C. Hashmall
                                                        Joseph C. Hashmall (*pro hac vice*)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              -3-              Case No. 3:17-cv-04305-SK