EXHIBIT B

**E. Michelle Drake**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
(612) 594-5933
emdrake@bm.net

## EDUCATION

**HARVARD LAW SCHOOL**, J.D., *cum laude*                                    *June 2001*
Recipient of Edith Fine Fellowship, awarded to graduating woman most committed to public interest law.
Recipient of Kauffman Fellowship, awarded to graduating students most committed to public interest law.
Co-chair of Harvard Innocence and Justice Project, an organization which provided legal research and
assistance to capital defense attorneys nationwide.

**OXFORD UNIVERSITY**, M.Sc. in Sociology                                    *June 1998*
Recipient of Rotary International Ambassadorial Scholarship, nominated by Edina Rotary Club.
Thesis: *Criticisms of Herbert Packer's Two Models of the Criminal Process.*

**HARVARD COLLEGE**, B.A. in Government, *cum laude*                         *June 1996*
Harvard Nominee for the Rhodes Scholarship. Graduated with Advanced Standing (in three years instead
of four).

## EXPERIENCE

**BERGER & MONTAGUE, P.C.**, Minneapolis, Minnesota                *January 2016-present*
Shareholder. Practice is focused on consumer protection class actions, including improper credit reporting
and financial services claims.  Leads the firm's Minneapolis office.  Responsible for complex litigation
strategy on multiple cases at once and oversees several associates and support staff assisting on files.

**NICHOLS KASTER, PLLP**, Minneapolis, Minnesota                      *May 2007-present*
Partner. Represented thousands of employees and consumers in collective and class actions.  Led the
firm's Consumer Class Action Team which originated individual and class action cases.

**E. MICHELLE DRAKE, LLC**, Atlanta, Georgia                        *March 2006-May 2007*
Solo Practitioner. Practiced both civil and criminal law. Served as "of counsel" attorney to Richard S.
Alembik, P.C., a civil firm focused on real estate litigation. Served as co-counsel in pending death penalty
case which was accepted by the Georgia Supreme Court for interim appellate review.

**GEORGIA CAPITAL DEFENDER OFFICE**, Atlanta, Georgia            *October 2004-March 2006*
Attorney.  Provided trial level representation for indigent clients facing the death penalty. Directed all
aspects of death penalty litigation in capital cases throughout Georgia.

**FULTON COUNTY CONFLICT DEFENDER**, Atlanta, Georgia             *May 2002-August 2004*
Staff Attorney, Major Case Division.  Served as lead counsel for over one hundred indigent defendants
facing felony criminal charges. Had primary responsibility for cases where juveniles were being tried as
adults in Superior Court. Served as lead counsel in four murder trials to verdict.

**FULTON COUNTY PUBLIC DEFENDER**, Atlanta, Georgia              *August 2001-May 2002*
Staff Attorney.  Served as lead counsel for pre-indictment felony cases and probation revocations.

**DEFENSE TEAM FOR KRISTEN GILBERT**, Springfield, Massachusetts     *Fall 1999-May 2001*

Law Clerk.  Assisted in the first federal death penalty trial in Massachusetts. Lived in Springfield, MA three days a week during last year of law school to assist with eighth month trial which resulted in a life sentence.

## ADMISSIONS

- United States Supreme Court, 2017
- State Bar of Georgia, 2001
- Georgia Supreme Court, 2006
- Minnesota Supreme Court, 2007
- U.S. Court of Appeals for the Eighth Circuit, 2010
- U.S. Court of Appeals for the First Circuit, 2011
- U.S. Court of Appeals for the Seventh Circuit, 2014
- U.S. Court of Appeals for the Ninth Circuit, 2015
- U.S. District Court for the Northern District of Georgia, 2007
- U.S. District Court for the District of Minnesota, 2007
- U.S. District Court for the Eastern District of Wisconsin, 2011
- U.S. District Court for the Western District of Texas, 2011
- U.S. District Court for the Western District of Wisconsin, 2015
- U.S. District Court for the Eastern District of Michigan, 2015
- U.S. District Court for the Central District of Illinois, 2016
- U.S. District Court for the Southern District of Texas, 2017
- U.S. District Court for the District of Colorado, 2017
- U.S. District Court for the Western District of New York, 2017

## PUBLICATIONS/SPEAKING ENGAGEMENTS

- "New Developments in the Law of Personal Jurisdiction in the Aftermath of the Supreme Court's Decisions in *BNSF Railway Co. v. Tyrrell* and *Bristol Myers* and the Strategies," Plaintiffs' Class Action Roundtable, Rancho Palos Verdes, CA, April 2018.

- "New Developments in Personal Jurisdiction," Litigator's Short Course, Minnesota Continuing Legal Education, Minneapolis, MN, February 2018.

- "Game Changing Blindspots that Create Privacy Liabilities – a Plaintiff-Side Litigator's Insights," Midwest Legal Conference on Privacy & Data Security, Minneapolis, MN, January 2018.

- "Federal Discovery: Winning Your Cases Early," "FCRA Report Disclosures: Issues and Litigation," Consumer Rights Litigation Conference, National Consumer Law Center, Washington, D.C., November 2017.

- "Strategic Response to Recent Supreme Court Decision in *Bristol-Myers*," Consumer Rights Litigation Conference, Class Action Symposium, National Consumer Law Center, Washington, D.C., November 2017.

- "The Times They Are a-Changin': The Role of Administrative Agencies and Private Counsel in the Trump Era," American Bar Association Annual National Institute on Class Actions, Washington, D.C., October 2017.

- "The CFPB's New Rule on Arbitration: What It Is and What Comes Next," Minnesota State Bar Association Continuing Legal Education Presentation, Minneapolis, MN, September 2017.

- "Standing: Assessing Article III Jurisdiction One Year After Spokeo," Minnesota State Bar Association Continuing Legal Education Presentation, Minneapolis, MN, June 2017.

- "House Resolution 985 – Update and Strategies for Defeat," Cambridge Forums – Plaintiffs' Class Action Forum, Carefree, AZ, May 2017.

- "TCPA/Fair Credit Reporting Act/Debt Collection Issues," PLI 22nd Annual Consumer Financial Services Institute, Chicago, IL, May 2017.

- "Case Law and Recent Trial Update," Panelist, Fair Credit Reporting Act Conference, National Association of Consumer Advocates, Baltimore, MD, April 2017.

- "Using the FCRA for Criminal Background Checks," "Spokeo Standing Challenges (and Opportunities)." Consumer Rights Litigation Conference, National Consumer Law Center, Anaheim, CA, October 2016.

- "Appeals: Whether, When and How." Consumer Rights Litigation Conference Class Action Symposium, National Consumer Law Center, Anaheim, CA, October 2016.

- "Recent Developments in Food Class Action Litigation." Perrin Food & Beverage Litigation Conference, New York, NY, October 2016.

- "A Winning Hand or a Flop? After 50 Years are Class Actions Still Legit?" American Bar Association Annual National Institute on Class Actions, Las Vegas, NV, October 2016.

- "Changing Standard for Class Certification Including a Discussion of the Use of Experts and Statistical Sampling at Class Certification in Light of Spokeo and Tyson." Bridgeport Continuing Education 2016 Class Action Litigation Conference, San Francisco, CA, September 2016.

- "The U.S. Supreme Court's Big New Decisions." Minnesota Continuing Legal Education Presentation, Minneapolis, MN, August 2016.

- "The Complete Lawyer Series: Consumer Law, Debt Collection and Credit Reporting." Minnesota Continuing Legal Education Webcast, Minneapolis, MN, July 2016.

- "What Does the Spokeo Decision Mean for Consumer Lawyers." National Association of Consumer Advocates Webinar, May 2016.

- "Hot Button Consumer Issues." Practising Law Institute's Annual Consumer Financial Services Institute, Chicago, IL, May 2016.

- "Consumer Law." Minnesota Continuing Education Seminar, Minneapolis, MN, May 2016.

- "Hot Topics in Class Actions." Bridgeport Class Action Conference, Hollywood, CA, April 2016.

- "Hot Button Consumer Issues." Practicing Law Institute's Annual Consumer Financial Services Institute, New York, NY, April 2016.

- "Beyond the Headlines – What EVERY Lawyer Should Know About the U.S. Supreme Court's Big New Decisions." Minnesota Continuing Legal Education Seminar, Minneapolis, MN, August 2015.

- "Financial and Criminal Background Checks." National Employment Lawyers Association Annual Convention Presentation, Atlanta, GA, June 2015.

- "The Complete Lawyer: Consumer Law." Minnesota Continuing Legal Education Presentation, Minneapolis, MN, May 2015.

- "Protecting Your Plaintiffs and the Class: Rule 68 Offers and Other Pick-Off Tactics." Impact Fund Class Action Conference, Berkeley, CA, February 2015.

- "Be Careful what you Wish For: Trends in Arbitration." ACI Wage & Hour Claims and Class Actions Summit Panel, Miami, FL, January 2015.

- "Job Applicant Screening, Financial & Criminal Background Checks – Applicant Rights and Employer Best Practices." Minnesota Continuing Legal Education Seminar, Minneapolis, MN, December 2014.

- "Economics of Objecting for the Right Reasons." Class Action Symposium Panel, National Consumer Rights Litigation Conference, Tampa, FL, November 2014.

- "Data Harvesting, Background Checks, and the Fair Credit Reporting Act for Criminal Attorneys." Criminal Law Section, Minnesota State Bar Association Presentation, November 2014.

- "Discovery Strategies in Class Actions: When Less is More and When it Isn't." Bridgeport Class Action Conference, Chicago, IL, June 2014.

- "Job Applicant Screening Crash Course." Upper Midwest Employment Law Institute, Saint Paul, MN, May 2014.

- "Financial and Criminal Background Checks." Job Applicant Screening: A Practice Guide, Minnesota Continuing Legal Education Publication, May 2014.

- "The Complete Lawyer: Quick Answers to Questions about Consumer Law." Minnesota Continuing Legal Education Seminar, Minneapolis, MN, May 2014.

- "Employment Law 360." Minnesota Continuing Legal Education Seminar, Minneapolis, MN, February 2014.

- "Precertification Discovery Strategies including Issues of Standing & Certification." Bridgeport Class Action Conference, San Francisco, CA, August 2013.

- "Beyond the Headlines – What Every Lawyer Should Know About the U.S. Supreme Court's Big New Decision." Minnesota Continuing Legal Education Seminar, Minneapolis, MN, August 2013.

- "The Complete Lawyer: Quick Answers to Questions about Consumer Law." Minnesota Continuing Legal Education Seminar, Minneapolis, MN, June 2013.

- "The Misclassification Mess – What Do You Do If You Have Misclassified Workers as Exempt?" Upper Midwest Employment Law Institute, Minneapolis, MN, May 2013.

- "Housing Finance – Consumer Financial Services." Panelist, American Bar Association Business Law Section Spring Meeting, Washington, D.C., April 2013.

- "5 Developments in E-Discovery." The Civil Litigator's Annual Short Course, Minnesota Continuing Legal Education, Minneapolis, MN, February 2013.

- "Employment Rights & Criminal Backgrounds in the Context of the FCRA and Title VII." Goodwill Easter Seals Presentation, Saint Paul, MN, December 2012.

- "Federal Court 101." National Business Institute Webinar, Eau Claire, WI, December 2012.

- "Employment Law Series: Ethics Issues for Employment Law Lawyers." Minnesota Continuing Legal Education Webcast, Minneapolis, MN, October 2012.

- "Real World Ethics Issues and Answers for the Employment Lawyer." Upper Midwest Employment Law Institute, Minneapolis, MN, May 2012.

- "Real World Ethics Issues and Answers for the Employment Lawyer." Minnesota Continuing Legal Education Seminar, Minneapolis, MN, November 2011.

- "The Complete Lawyer: Consumer Law 101." Minnesota Continuing Legal Education Seminar, Minneapolis, MN, November 2011.

- "Litigation and the Federal Rules. What Every Paralegal Should Know", National Federation of Paralegal Associations, Annual Convention, Bloomington, MN, October 2011.

- "Dukes v. Wal-Mart: the View from the Plaintiff's Bar." American Conference Institute's Defending and Managing Retaliation and Discrimination Claims Conference, New York City, NY, July 2011.

- "How to Practice in Federal Court: Complaints, Answers, and Service of Process." Minnesota Continuing Legal Education Seminar, Minneapolis, MN, October 2010.

- "Recent Trends in FLSA Collective Actions Panel." Minnesota Federal Bar Association Annual Seminar, Minneapolis, MN, June 2010,

- Minnesota Continuing Legal Education Panel on Real-World Ethics Issues and Answers for the Employment Lawyer, Minneapolis, MN, June 2010.

- "Maintaining Privilege and Confidentiality." National Federation of Paralegal Association Annual Convention, Bloomington, MN, June 2010.

- "Strategic Discovery Practice", Upper Midwest Employment Law Institute, Minneapolis, MN, May 2010.

- Minnesota Continuing Legal Education Panel on the Impact of Twombly and Iqbal on the Pleading standard, Minneapolis, MN, February 2010.

- *Interviewed by* National Law Journal regarding recent wave of tip pooling cases (June 2009).

- Strategic Discovery: How to Fight Discovery Abuses and Win Discovery Disputes, Minnesota Institute for Continuing Legal Education (May 2009).

- Who's the Boss? Joint employers, successor employers and integrated enterprises, Equal Employment Opportunity Commission Investigator training (March 2008).

- Litigating Capital Cases Under Georgia's New Discovery Statutes, Advanced Capital Defender Training (St. Simons Island, GA, January 2006).

- Responding to Changes in Georgia's Criminal Discovery Statutes, Advanced Capital Defender Training. (St. Simons Island, GA, July 2005).

## TITLES, AWARDS, MEMBERSHIPS

- Partner's Council Member for the National Consumer Law Center, 2014 – present

- Board Member for the National Association of Consumer Advocates, 2014 – present

- 2016 Chair of Minnesota State Bar Association Consumer Litigation Section

- Member of Ethics Committee for the National Association of Consumer Advocates, 2015

- 2014-2015 Treasurer, MSBA Consumer Litigation Section Council.  2013-14 At-Large Council Member.

- Named to The Best Lawyers of America, 2016

- Named to the Top 50 2015 Women Minnesota Super Lawyers

- Named to the Super Lawyers list, Minnesota Super Lawyers, Minneapolis/St. Paul Magazine, and Minnesota Business Journal, 2013 - 2016

- Named to the Rising Stars list, Minnesota Super Lawyers, Minneapolis/St. Paul Magazine, and Minnesota Business Journal, 2011-2012

- Federal Practice Committee, U.S. District Court, Minnesota, Appointed 2010
- Thurgood Marshall Defender Award, Massachusetts Committee for Public Counsel Services Recipient, 2001
- American Bar Association Member
- American Civil Liberties Union Member
- Federal Bar Association Member
- Hennepin County Bar Association Member
- Minnesota Association for Justice Member
- Minnesota State Bar Association Member
- National Association of Consumer Advocates Member
- Public Citizen Member
- Public Justice Member
- American Association for Justice Member