# EXHIBIT E

| Expenses_Entry_Date | Expenses_Amount | Expenses_Narrative | expcddesc | venname |
|---|---|---|---|---|
| 6/14/2016 | $8.30 | Postage | Postage | |
| 7/14/2016 | $1.03 | SECRETARY OF STATE; Invoice # MINN 7616 16100 1609; ` | Commercial Copying & Printing | SECRETARY OF STATE |
| 11/16/2016 | $225.00 | J Jaffe; Invoice # 1771; Consulting fees | Consulting fees | J Jaffe |
| 1/27/2017 | $175.00 | FIRST LEGAL NETWORK INSURANCE SERVICES, LLC; Invoice # 9112; ` | Commercial Copying & Printing | FIRST LEGAL NETWORK INSURANCE SERVICES, LLC |
| 2/1/2017 | $0.20 | Scanning | Reproduction costs Scans | |
| 2/1/2017 | $0.20 | Scanning | Reproduction costs Scans | |
| 2/7/2017 | $25.20 | THIRD JUDICIAL DISTRICT COURT; Invoice # 16100-4 CASHIERS CK; Filing & Misc. Fees GEBO | Filing & Misc. Fees | THIRD JUDICIAL DISTRICT COURT |
| 2/21/2017 | $0.35 | COURTLINK - INVOICE# EA-698987 | Computer Research | |
| 2/22/2017 | $4.80 | Printing | Reproduction costs Print | |
| 2/22/2017 | $1.20 | Printing | Reproduction costs Print | |
| 2/22/2017 | $0.40 | Printing | Reproduction costs Print | |
| 2/27/2017 | $0.10 | Scanning | Reproduction costs Scans | |
| 2/27/2017 | $0.30 | Printing | Reproduction costs Print | |
| 2/27/2017 | $0.40 | Printing | Reproduction costs Print | |
| 2/27/2017 | $0.40 | Printing | Reproduction costs Print | |
| 2/27/2017 | $0.40 | Printing | Reproduction costs Print | |
| 2/27/2017 | $0.10 | Printing | Reproduction costs Print | |
| 2/27/2017 | $0.40 | Printing | Reproduction costs Print | |
| 2/27/2017 | $0.40 | Printing | Reproduction costs Print | |
| 2/27/2017 | $0.20 | Printing | Reproduction costs Print | |
| 2/27/2017 | $0.05 | Scanning | Reproduction costs Scans | |
| 2/27/2017 | $0.40 | Printing | Reproduction costs Print | |
| 2/27/2017 | $0.10 | Printing | Reproduction costs Print | |
| 2/27/2017 | $0.40 | Printing | Reproduction costs Print | |
| 2/27/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 2/28/2017 | $19.25 | CLERK OF THE COURT; Invoice # 16100-4; Filing & Misc. Fees | Filing & Misc. Fees | CLERK OF THE COURT |
| 2/28/2017 | $0.10 | Scanning | Reproduction costs Scans | |
| 2/28/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 2/28/2017 | $0.50 | Facsimile | Faxes | |
| 2/28/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 2/28/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 2/28/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 2/28/2017 | $0.50 | Printing | Reproduction costs Print | |
| 2/28/2017 | $0.40 | Printing | Reproduction costs Print | |
| 2/28/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 2/28/2017 | $0.15 | Copies | Reproduction costs | |
| 2/28/2017 | $0.05 | Scanning | Reproduction costs Scans | |
| 2/28/2017 | $0.10 | Printing | Reproduction costs Print | |
| 2/28/2017 | $0.40 | Printing | Reproduction costs Print | |
| 2/28/2017 | $0.10 | Printing | Reproduction costs Print | |
| 2/28/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 2/28/2017 | $0.20 | Printing | Reproduction costs Print | |
| 2/28/2017 | $0.40 | Printing | Reproduction costs Print | |
| 2/28/2017 | $0.75 | Copies | Reproduction costs | |
| 2/28/2017 | $0.10 | Printing | Reproduction costs Print | |
| 2/28/2017 | $0.40 | Printing | Reproduction costs Print | |
| 2/28/2017 | $0.20 | Scanning | Reproduction costs Scans | |
| 2/28/2017 | $0.40 | Printing | Reproduction costs Print | |

| Date | Amount | Description | Category | Vendor |
|---|---|---|---|---|
| 2/28/2017 | $0.40 | Printing | Reproduction costs Print | |
| 2/28/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 2/28/2017 | $0.10 | Printing | Reproduction costs Print | |
| 2/28/2017 | $0.10 | Printing | Reproduction costs Print | |
| 2/28/2017 | $0.60 | Printing | Reproduction costs Print | |
| 2/28/2017 | $0.50 | Facsimile | Faxes | |
| 2/28/2017 | $0.40 | Printing | Reproduction costs Print | |
| 2/28/2017 | $0.10 | Printing | Reproduction costs Print | |
| 2/28/2017 | $0.40 | Printing | Reproduction costs Print | |
| 2/28/2017 | $0.05 | Scanning | Reproduction costs Scans | |
| 2/28/2017 | $0.40 | Printing | Reproduction costs Print | |
| 2/28/2017 | $0.05 | Scanning | Reproduction costs Scans | |
| 3/1/2017 | $0.30 | Printing | Reproduction costs Print | |
| 3/1/2017 | $1.50 | Printing | Reproduction costs Print | |
| 3/1/2017 | $0.30 | Printing | Reproduction costs Print | |
| 3/1/2017 | $0.10 | Scanning | Reproduction costs Scans | |
| 3/1/2017 | $0.20 | Printing | Reproduction costs Print | |
| 3/1/2017 | $0.20 | Printing | Reproduction costs Print | |
| 3/1/2017 | $0.20 | Printing | Reproduction costs Print | |
| 3/1/2017 | $0.10 | Scanning | Reproduction costs Scans | |
| 3/1/2017 | $5.60 | Printing | Reproduction costs Print | |
| 3/1/2017 | $0.10 | Scanning | Reproduction costs Scans | |
| 3/2/2017 | $11.50 | CLERK, U S DISTRICT COURT; Invoice # 16100-4; Filing & Misc. Fees | Filing & Misc. Fees | CLERK, U S DISTRICT COURT |
| 3/6/2017 | $0.05 | Scanning | Reproduction costs Scans | |
| 3/6/2017 | $0.40 | Printing | Reproduction costs Print | |
| 3/6/2017 | $0.05 | Scanning | Reproduction costs Scans | |
| 3/6/2017 | $1.50 | Facsimile | Faxes | |
| 3/6/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 3/6/2017 | $1.20 | Printing | Reproduction costs Print | |
| 3/6/2017 | $0.40 | Printing | Reproduction costs Print | |
| 3/6/2017 | $0.20 | Scanning | Reproduction costs Scans | |
| 3/6/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 3/6/2017 | $0.40 | Scanning | Reproduction costs Scans | |
| 3/6/2017 | $3.75 | Scanning | Reproduction costs Scans | |
| 3/6/2017 | $0.40 | Printing | Reproduction costs Print | |
| 3/6/2017 | $0.75 | Copies | Reproduction costs | |
| 3/6/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 3/6/2017 | $0.15 | Scanning | Reproduction costs Scans | |
| 3/6/2017 | $0.40 | Printing | Reproduction costs Print | |
| 3/6/2017 | $0.50 | Facsimile | Faxes | |
| 3/6/2017 | $0.25 | Scanning | Reproduction costs Scans | |
| 3/6/2017 | $0.20 | Printing | Reproduction costs Print | |
| 3/6/2017 | $0.15 | Scanning | Reproduction costs Scans | |
| 3/6/2017 | $4.80 | Printing | Reproduction costs Print | |
| 3/6/2017 | $0.15 | Scanning | Reproduction costs Scans | |
| 3/6/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 3/6/2017 | $0.10 | Printing | Reproduction costs Print | |
| 3/6/2017 | $0.40 | Printing | Reproduction costs Print | |

| Date | Amount | Type | Description | Category | Vendor |
|---|---|---|---|---|---|
| 3/6/2017 | $0.40 | Printing | | Reproduction costs Print | |
| 3/7/2017 | $6.80 | Printing | | Reproduction costs Print | |
| 3/7/2017 | $0.40 | Printing | | Reproduction costs Print | |
| 3/7/2017 | $4.80 | Printing | | Reproduction costs Print | |
| 3/8/2017 | $1.20 | Printing | | Reproduction costs Print | |
| 3/8/2017 | $0.20 | Printing | | Reproduction costs Print | |
| 3/8/2017 | $0.20 | Printing | | Reproduction costs Print | |
| 3/8/2017 | $1.90 | Printing | | Reproduction costs Print | |
| 3/8/2017 | $0.10 | Printing | | Reproduction costs Print | |
| 3/8/2017 | $0.10 | Printing | | Reproduction costs Print | |
| 3/8/2017 | $0.20 | Printing | | Reproduction costs Print | |
| 3/9/2017 | $10.00 | DIVISION OF MOTORIST SERVICES ; Invoice # 16100-4 3917; COPIES OF DRIVING RECORDS | | Commercial Copying & Printing | DIVISION OF MOTORIST SERVICES |
| 3/9/2017 | $10.00 | DIVISION OF MOTORIST SERVICES ; Invoice # 16100 3917; ` COPY OF DRIVING HISTORY | | Commercial Copying & Printing | DIVISION OF MOTORIST SERVICES |
| 3/9/2017 | $0.40 | Printing | | Reproduction costs Print | |
| 3/9/2017 | $0.05 | Scanning | | Reproduction costs Scans | |
| 3/9/2017 | $0.40 | Printing | | Reproduction costs Print | |
| 3/9/2017 | $0.35 | Scanning | | Reproduction costs Scans | |
| 3/9/2017 | $0.30 | Color Printing | | COLOR PRINTS | |
| 3/9/2017 | $0.40 | Printing | | Reproduction costs Print | |
| 3/9/2017 | $0.05 | Scanning | | Reproduction costs Scans | |
| 3/9/2017 | $0.40 | Printing | | Reproduction costs Print | |
| 3/10/2017 | $1.25 | Scanning | | Reproduction costs Scans | |
| 3/10/2017 | $0.10 | Scanning | | Reproduction costs Scans | |
| 3/13/2017 | $1.30 | Printing | | Reproduction costs Print | |
| 3/13/2017 | $0.20 | Printing | | Reproduction costs Print | |
| 3/13/2017 | $0.40 | Printing | | Reproduction costs Print | |
| 3/13/2017 | $0.20 | Printing | | Reproduction costs Print | |
| 3/13/2017 | $5.20 | Printing | | Reproduction costs Print | |
| 3/13/2017 | $0.20 | Printing | | Reproduction costs Print | |
| 3/13/2017 | $0.20 | Printing | | Reproduction costs Print | |
| 3/13/2017 | $0.20 | Printing | | Reproduction costs Print | |
| 3/14/2017 | $0.30 | Color Printing | | COLOR PRINTS | |
| 3/14/2017 | $0.10 | Printing | | Reproduction costs Print | |
| 3/14/2017 | $0.30 | Printing | | Reproduction costs Print | |
| 3/17/2017 | $1.30 | Printing | | Reproduction costs Print | |
| 3/17/2017 | $5.20 | Printing | | Reproduction costs Print | |
| 3/17/2017 | $0.40 | Printing | | Reproduction costs Print | |
| 3/20/2017 | $8.00 | BERNALILLO METROPOLITAN COURT; Invoice # 16100 RECORDS; ` | | Commercial Copying & Printing | BERNALILLO METROPOLITAN COURT |
| 3/20/2017 | $0.10 | Printing | | Reproduction costs Print | |
| 3/20/2017 | $0.50 | Printing | | Reproduction costs Print | |
| 3/20/2017 | $0.10 | Printing | | Reproduction costs Print | |
| 3/20/2017 | $0.10 | Printing | | Reproduction costs Print | |
| 3/20/2017 | $0.10 | Printing | | Reproduction costs Print | |
| 3/20/2017 | $1.70 | Printing | | Reproduction costs Print | |
| 3/20/2017 | $0.10 | Printing | | Reproduction costs Print | |
| 3/20/2017 | $0.10 | Printing | | Reproduction costs Print | |
| 3/20/2017 | $0.10 | Printing | | Reproduction costs Print | |
| 3/22/2017 | $1.60 | Printing | | Reproduction costs Print | |

| Date | Amount | Description | Category | Vendor |
|---|---|---|---|---|
| 3/22/2017 | $0.40 | Printing | Reproduction costs Print | |
| 3/22/2017 | $5.60 | Printing | Reproduction costs Print | |
| 3/23/2017 | $16.65 | NEW MEXICO COMM ; Invoice # 03232017 16100; `public records | Commercial Copying & Printing | NEW MEXICO COMM |
| 3/23/2017 | $1.30 | Printing | Reproduction costs Print | |
| 3/23/2017 | $0.10 | Printing | Reproduction costs Print | |
| 3/23/2017 | $0.10 | Printing | Reproduction costs Print | |
| 3/23/2017 | $0.30 | Copies | Reproduction costs | |
| 3/23/2017 | $1.00 | Facsimile | Faxes | |
| 3/24/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 3/27/2017 | $0.10 | Printing | Reproduction costs Print | |
| 3/28/2017 | $0.10 | Printing | Reproduction costs Print | |
| 3/28/2017 | $0.05 | Scanning | Reproduction costs Scans | |
| 3/28/2017 | $0.80 | Printing | Reproduction costs Print | |
| 3/28/2017 | $0.05 | Scanning | Reproduction costs Scans | |
| 3/31/2017 | $20.45 | WEST - MARCH 2017 | Computer Research | |
| 3/31/2017 | $10.23 | WEST - MARCH 2017 | Computer Research | |
| 4/3/2017 | $0.05 | Scanning | Reproduction costs Scans | |
| 4/6/2017 | $0.10 | Printing | Reproduction costs Print | |
| 4/6/2017 | $3.10 | Scanning | Reproduction costs Scans | |
| 4/6/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/11/2017 | $1.10 | Printing | Reproduction costs Print | |
| 4/11/2017 | $1.00 | Scanning | Reproduction costs Scans | |
| 4/11/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/11/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/11/2017 | $0.50 | Printing | Reproduction costs Print | |
| 4/11/2017 | $0.60 | Printing | Reproduction costs Print | |
| 4/11/2017 | $2.55 | Scanning | Reproduction costs Scans | |
| 4/11/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/12/2017 | $0.50 | Printing | Reproduction costs Print | |
| 4/12/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/12/2017 | $0.10 | Printing | Reproduction costs Print | |
| 4/12/2017 | $1.60 | Scanning | Reproduction costs Scans | |
| 4/12/2017 | $0.60 | Printing | Reproduction costs Print | |
| 4/12/2017 | $1.60 | Scanning | Reproduction costs Scans | |
| 4/12/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/12/2017 | $1.10 | Printing | Reproduction costs Print | |
| 4/13/2017 | $1.60 | Printing | Reproduction costs Print | |
| 4/13/2017 | $0.40 | Printing | Reproduction costs Print | |
| 4/13/2017 | $5.60 | Printing | Reproduction costs Print | |
| 4/13/2017 | $0.40 | Printing | Reproduction costs Print | |
| 4/13/2017 | $0.40 | Printing | Reproduction costs Print | |
| 4/20/2017 | $0.40 | Printing | Reproduction costs Print | |
| 4/20/2017 | $0.10 | Printing | Reproduction costs Print | |
| 4/20/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/21/2017 | $0.10 | Printing | Reproduction costs Print | |
| 4/21/2017 | $0.10 | Printing | Reproduction costs Print | |
| 4/21/2017 | $0.20 | Printing | Reproduction costs Print | |
| 4/21/2017 | $0.30 | Color Printing | COLOR PRINTS | |

| Date | Amount | Description | Category | Vendor |
|---|---|---|---|---|
| 4/21/2017 | $0.20 | Printing | Reproduction costs Print | |
| 4/21/2017 | $0.20 | Printing | Reproduction costs Print | |
| 4/21/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/21/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/21/2017 | $0.10 | Printing | Reproduction costs Print | |
| 4/21/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/21/2017 | $0.10 | Printing | Reproduction costs Print | |
| 4/21/2017 | $0.20 | Printing | Reproduction costs Print | |
| 4/26/2017 | $0.10 | Printing | Reproduction costs Print | |
| 4/26/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/26/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/26/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/26/2017 | $0.05 | Scanning | Reproduction costs Scans | |
| 4/26/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/26/2017 | $0.20 | Printing | Reproduction costs Print | |
| 4/26/2017 | $0.50 | Printing | Reproduction costs Print | |
| 4/26/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/26/2017 | $3.00 | Printing | Reproduction costs Print | |
| 4/26/2017 | $0.40 | Printing | Reproduction costs Print | |
| 4/26/2017 | $0.20 | Printing | Reproduction costs Print | |
| 4/26/2017 | $0.30 | Printing | Reproduction costs Print | |
| 4/26/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/26/2017 | $0.10 | Printing | Reproduction costs Print | |
| 4/26/2017 | $6.50 | Printing | Reproduction costs Print | |
| 4/26/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/26/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/26/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/26/2017 | $0.80 | Printing | Reproduction costs Print | |
| 4/26/2017 | $5.50 | Printing | Reproduction costs Print | |
| 4/26/2017 | $0.20 | Printing | Reproduction costs Print | |
| 4/26/2017 | $0.10 | Printing | Reproduction costs Print | |
| 4/26/2017 | $5.40 | Printing | Reproduction costs Print | |
| 4/26/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/26/2017 | $7.50 | Printing | Reproduction costs Print | |
| 4/26/2017 | $0.40 | Printing | Reproduction costs Print | |
| 4/26/2017 | $0.30 | Printing | Reproduction costs Print | |
| 4/26/2017 | $6.60 | Printing | Reproduction costs Print | |
| 4/27/2017 | $116.00 | MICHELLE DRAKE; Invoice # March 2017; `Records NY State | Commercial Copying & Printing | MICHELLE DRAKE |
| 5/2/2017 | $13.83 | WEST - APRIL 2017 | Computer Research | |
| 5/2/2017 | $27.66 | WEST - APRIL 2017 | Computer Research | |
| 5/2/2017 | $1.20 | Color Printing | COLOR PRINTS | |
| 5/3/2017 | $0.40 | Printing | Reproduction costs Print | |
| 5/4/2017 | $9.00 | PENN DOT; Invoice # 16100-4 5417; DRIVING RECORDS | Commercial Copying & Printing | PENN DOT |
| 5/4/2017 | $0.20 | Printing | Reproduction costs Print | |
| 5/4/2017 | $0.10 | Printing | Reproduction costs Print | |
| 5/5/2017 | $0.10 | Scanning | Reproduction costs Scans | |
| 5/10/2017 | $97.32 | KERN CITY SUPERIOR COURT; Invoice # 16100 51017; ` COPY OF RECORDS | Commercial Copying & Printing | KERN CITY SUPERIOR COURT |
| 5/11/2017 | $0.20 | Printing | Reproduction costs Print | |

| Date | Amount | Description | Category | Vendor |
|---|---|---|---|---|
| 5/11/2017 | $0.60 | Color Printing | COLOR PRINTS | |
| 5/12/2017 | $0.10 | Printing | Reproduction costs Print | |
| 5/12/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 5/12/2017 | $5.60 | Printing | Reproduction costs Print | |
| 5/12/2017 | $0.60 | Color Printing | COLOR PRINTS | |
| 5/12/2017 | $1.50 | Printing | Reproduction costs Print | |
| 5/15/2017 | $2.20 | Printing | Reproduction costs Print | |
| 5/16/2017 | $3.25 | CLERK, SUPERIOR COURT; Invoice # 16100 5617; ` RECORDS HOWELL | Commercial Copying & Printing | CLERK, SUPERIOR COURT |
| 5/16/2017 | $14.00 | NC DMB; Invoice # 16100 51617; `HOWELL RECORDS | Commercial Copying & Printing | NC DMB |
| 5/17/2017 | $59.95 | KERN CITY SUPERIOR COURT; Invoice # 16100 51717; RECORDS | Commercial Copying & Printing | KERN CITY SUPERIOR COURT |
| 5/17/2017 | $0.15 | Copies | Reproduction costs | |
| 5/17/2017 | $0.10 | Printing | Reproduction costs Print | |
| 5/17/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 5/17/2017 | $0.20 | Scanning | Reproduction costs Scans | |
| 5/17/2017 | $0.10 | Printing | Reproduction costs Print | |
| 5/17/2017 | $0.20 | Printing | Reproduction costs Print | |
| 5/17/2017 | $0.30 | Scanning | Reproduction costs Scans | |
| 5/17/2017 | $23.24 | FEDEX INVOICE # 5-805-35898 - 05/12/17 | Delivery & freight | |
| 5/17/2017 | $2.70 | Color Copies | COLOR PRINTS | |
| 5/17/2017 | $0.20 | Scanning | Reproduction costs Scans | |
| 5/17/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 5/17/2017 | $0.20 | Printing | Reproduction costs Print | |
| 5/17/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 5/18/2017 | $0.50 | Printing | Reproduction costs Print | |
| 5/18/2017 | $0.10 | Scanning | Reproduction costs Scans | |
| 5/18/2017 | $0.50 | Printing | Reproduction costs Print | |
| 5/19/2017 | $5.00 | DIVISION OF MOTORIST SERVICES ; Invoice # 16100 51917;RECORDS | Commercial Copying & Printing | DIVISION OF MOTORIST SERVICES |
| 5/22/2017 | $0.20 | Scanning | Reproduction costs Scans | |
| 5/22/2017 | $0.20 | Scanning | Reproduction costs Scans | |
| 5/22/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 5/22/2017 | $0.10 | Scanning | Reproduction costs Scans | |
| 5/22/2017 | $0.20 | Scanning | Reproduction costs Scans | |
| 5/22/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 5/22/2017 | $0.10 | Scanning | Reproduction costs Scans | |
| 5/22/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 5/23/2017 | $12.00 | CLERK, SUPERIOR COURT; Invoice # 16100-004; Filing & Misc. Fees | Filing & Misc. Fees | CLERK, SUPERIOR COURT |
| 5/23/2017 | $2.00 | CLERK, SUPERIOR COURT; Invoice # 16100-004 (3); Filing & Misc. Fees | Filing & Misc. Fees | CLERK, SUPERIOR COURT |
| 5/23/2017 | $6.00 | CLERK, SUPERIOR COURT; Invoice # 16100-004 (4); Filing & Misc. Fees | Filing & Misc. Fees | CLERK, SUPERIOR COURT |
| 5/30/2017 | $0.20 | Scanning | Reproduction costs Scans | |
| 5/31/2017 | $0.10 | Printing | Reproduction costs Print | |
| 5/31/2017 | $0.10 | Printing | Reproduction costs Print | |
| 5/31/2017 | $0.20 | Printing | Reproduction costs Print | |
| 5/31/2017 | $0.10 | Printing | Reproduction costs Print | |
| 5/31/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 5/31/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 5/31/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 5/31/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 6/1/2017 | $0.05 | Scanning | Reproduction costs Scans | |

| Date | Amount | Description | Category | Vendor |
|---|---|---|---|---|
| 6/1/2017 | $0.10 | Printing | Reproduction costs Print | |
| 6/6/2017 | $9.00 | PENN DOT; Invoice # 16100 6617; ` records | Commercial Copying & Printing | PENN DOT |
| 6/8/2017 | $0.05 | PRINTING - JUNE 2017 | Reproduction costs Scans | |
| 6/8/2017 | $0.30 | PRINTING - JUNE 2017 | COLOR PRINTS | |
| 6/15/2017 | $16.80 | Color Printing | COLOR PRINTS | |
| 6/15/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 6/15/2017 | $0.10 | Printing | Reproduction costs Print | |
| 6/15/2017 | $0.10 | Printing | Reproduction costs Print | |
| 6/15/2017 | $1.30 | Printing | Reproduction costs Print | |
| 6/16/2017 | $95.00 | NJ MVC; Invoice # 16100 61617; ` CHECK # 190 TO CHECK # 195 15.00 EACH   CHECK # 196 FOR 5.00 RECORDS | Commercial Copying & Printing | NJ MVC |
| 6/16/2017 | $0.55 | Scanning | Reproduction costs Scans | |
| 6/16/2017 | $0.50 | Facsimile | Faxes | |
| 6/16/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 6/16/2017 | $0.05 | Scanning | Reproduction costs Scans | |
| 6/16/2017 | $0.05 | Scanning | Reproduction costs Scans | |
| 6/16/2017 | $0.60 | Printing | Reproduction costs Print | |
| 6/16/2017 | $0.05 | Scanning | Reproduction costs Scans | |
| 6/16/2017 | $0.05 | Scanning | Reproduction costs Scans | |
| 6/16/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 6/16/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 6/16/2017 | $0.50 | Facsimile | Faxes | |
| 6/19/2017 | $4.60 | PRINTING - JUNE 2017 | Reproduction costs Print | |
| 6/19/2017 | $0.30 | PRINTING - JUNE 2017 | COLOR PRINTS | |
| 6/19/2017 | $1.60 | PRINTING - JUNE 2017 | Reproduction costs Print | |
| 6/19/2017 | $5.60 | PRINTING - JUNE 2017 | Reproduction costs Print | |
| 6/19/2017 | $636.02 | MINNESOTA POSTAGE - JUNE 2017 | Postage | |
| 6/19/2017 | $0.20 | Printing | Reproduction costs Print | |
| 6/20/2017 | $0.15 | Scanning | Reproduction costs Scans | |
| 6/28/2017 | $0.10 | Printing | Reproduction costs Print | |
| 6/28/2017 | $0.50 | Facsimile | Faxes | |
| 6/28/2017 | $1.30 | Scanning | Reproduction costs Scans | |
| 6/28/2017 | $1.20 | Color Printing | COLOR PRINTS | |
| 6/29/2017 | $0.10 | Printing | Reproduction costs Print | |
| 6/29/2017 | $16.80 | Color Printing | COLOR PRINTS | |
| 6/29/2017 | $1.30 | Printing | Reproduction costs Print | |
| 6/29/2017 | $166.16 | COURTLINK - MN.- MAY 2017 | Computer Research | |
| 6/29/2017 | $1.60 | Printing | Reproduction costs Print | |
| 6/29/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 6/29/2017 | $178.26 | COURTLINK - MN.- APRIL 2017 | Computer Research | |
| 6/29/2017 | $15.60 | Color Printing | COLOR PRINTS | |
| 6/29/2017 | $1.20 | Color Printing | COLOR PRINTS | |
| 7/10/2017 | $10.00 | DIVISION OF MOTORIST SERVICES ; Invoice # 16100 7102017; ` RECORDS | Commercial Copying & Printing | DIVISION OF MOTORIST SERVICES |
| 7/10/2017 | $10.00 | DIVISION OF MOTORIST SERVICES ; Invoice # 16100 71017; ` | Commercial Copying & Printing | DIVISION OF MOTORIST SERVICES |
| 7/10/2017 | $0.05 | Scanning | Reproduction costs Scans | |
| 7/10/2017 | $0.70 | Printing | Reproduction costs Print | |
| 7/10/2017 | $0.20 | Scanning | Reproduction costs Scans | |
| 7/10/2017 | $7.96 | WEST - JUNE 2017 | Computer Research | |
| 7/11/2017 | $1.30 | Printing | Reproduction costs Print | |

| Date | Amount | Description | Category | Vendor |
|---|---|---|---|---|
| 7/11/2017 | $0.10 | Printing | Reproduction costs Print | |
| 7/11/2017 | $15.60 | Color Printing | COLOR PRINTS | |
| 7/12/2017 | $0.60 | Copies | Reproduction costs | |
| 7/13/2017 | $1.30 | Printing | Reproduction costs Print | |
| 7/14/2017 | $5.60 | Printing | Reproduction costs Print | |
| 7/14/2017 | $1.60 | Printing | Reproduction costs Print | |
| 7/14/2017 | $5.60 | Printing | Reproduction costs Print | |
| 7/14/2017 | $0.10 | Printing | Reproduction costs Print | |
| 7/14/2017 | $7.80 | Copies | Reproduction costs | |
| 7/14/2017 | $0.10 | Printing | Reproduction costs Print | |
| 7/14/2017 | $1.30 | Printing | Reproduction costs Print | |
| 7/19/2017 | $0.10 | Printing | Reproduction costs Print | |
| 7/19/2017 | $0.40 | Printing | Reproduction costs Print | |
| 7/19/2017 | $0.40 | Printing | Reproduction costs Print | |
| 7/20/2017 | $0.10 | Printing | Reproduction costs Print | |
| 7/20/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 7/25/2017 | $192.25 | COURTLINK MINN - JUNE 2017 | Computer Research | |
| 7/25/2017 | $192.25 | COURTLINK MINN - JUNE 2017 | Computer Research | |
| 7/28/2017 | $0.30 | Printing | Reproduction costs Print | |
| 7/28/2017 | $0.10 | Printing | Reproduction costs Print | |
| 7/31/2017 | $0.20 | Printing | Reproduction costs Print | |
| 8/9/2017 | $0.10 | Printing | Reproduction costs Print | |
| 8/9/2017 | $0.10 | Printing | Reproduction costs Print | |
| 8/9/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 8/9/2017 | $0.10 | Printing | Reproduction costs Print | |
| 8/9/2017 | $0.10 | Printing | Reproduction costs Print | |
| 8/9/2017 | $0.10 | Printing | Reproduction costs Print | |
| 8/9/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 8/9/2017 | $0.10 | Printing | Reproduction costs Print | |
| 8/11/2017 | $3.40 | MICHELLE DRAKE; Invoice # April 2017; Outside Contractor; interpretation service for call | Outside Contractor | MICHELLE DRAKE |
| 8/11/2017 | $223.72 | MICHELLE DRAKE; Invoice # May 2017; Outside Contractor; translation of LSA | Outside Contractor | MICHELLE DRAKE |
| 8/11/2017 | $35.70 | MICHELLE DRAKE; Invoice # June/July 2017; Outside Contractor translation service | Outside Contractor | MICHELLE DRAKE |
| 8/21/2017 | $177.65 | MNN - COURTLINK - JULY 2017 | Computer Research | |
| 8/21/2017 | $177.65 | MNN - COURTLINK - JULY 2017 | Computer Research | |
| 8/22/2017 | $20.76 | FEDEX - INVOICE# 5-898-91196 - 08/10/17 - RECIPIENT: HON SALLIE KIM | Delivery & freight | |
| 9/5/2017 | $75.89 | WEST - AUG. 2017 | Computer Research | |
| 9/6/2017 | $0.40 | PACER - AUG. 2017 | Computer Research | |
| 9/6/2017 | $25.10 | PACER - JUNE 2017 | Computer Research | |
| 9/6/2017 | $4.80 | PACER - AUG. 2017 | Computer Research | |
| 9/8/2017 | $295.00 | METRO LEGAL; Invoice # 3019579; Outside Contractor 16100-1 approved by MDrake | Outside Contractor | METRO LEGAL |
| 9/11/2017 | ($295.00) | METRO LEGAL; Invoice # 3019579; Outside Contractor 16100-1 approved by MDrake | Outside Contractor | METRO LEGAL |
| 9/25/2017 | $0.30 | Printing | Reproduction costs Print | |
| 9/28/2017 | $10.18 | COURTLINK - INVOICE# EA-726605 - AUG.2017 | Computer Research | |
| 10/5/2017 | $192.87 | COURTLINK - MNN - AUG. 2017 | Computer Research | |
| 10/5/2017 | $3.49 | LOOP-UP - AUG. 2017 | Telephone | |
| 10/5/2017 | $0.14 | LOOP-UP - AUG. 2017 | Telephone | |
| 10/5/2017 | $192.87 | COURTLINK - MNN - AUG. 2017 | Computer Research | |
| 10/5/2017 | $192.87 | COURTLINK - MNN - AUG. 2017 | Computer Research | |

| Date | Amount | Description | Category | Vendor |
|---|---|---|---|---|
| 10/5/2017 | $192.87 | COURTLINK - MNN - AUG. 2017 | Computer Research | |
| 10/5/2017 | $192.87 | COURTLINK - MNN - AUG. 2017 | Computer Research | |
| 10/5/2017 | $192.87 | COURTLINK - MNN - AUG. 2017 | Computer Research | |
| 10/6/2017 | $310.00 | AMEX-31000 - US DISTRICT COURT - JHASHMALL - 8/09/17 | Filing & Misc. Fees | |
| 10/6/2017 | $310.00 | AMEX-31000 - US DISTRICT COURT - MDRAKE - 8/09/17 | Filing & Misc. Fees | |
| 10/9/2017 | $0.15 | Copies | Reproduction costs | |
| 10/9/2017 | $0.60 | Color Printing | COLOR PRINTS | |
| 10/9/2017 | $0.90 | Color Printing | COLOR PRINTS | |
| 10/10/2017 | $295.00 | METRO LEGAL; Invoice # 3019579; Outside Contractor 16100-1 service fees | Outside Contractor | METRO LEGAL |
| 10/10/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 10/10/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 10/10/2017 | $0.10 | Printing | Reproduction costs Print | |
| 10/11/2017 | $245.27 | MNN - COURTLINK - SEPT. 2017 | Computer Research | |
| 10/11/2017 | $245.27 | MNN - COURTLINK - SEPT. 2017 | Computer Research | |
| 10/11/2017 | $245.27 | MNN - COURTLINK - SEPT. 2017 | Computer Research | |
| 10/11/2017 | $245.27 | MNN - COURTLINK - SEPT. 2017 | Computer Research | |
| 10/11/2017 | $245.27 | MNN - COURTLINK - SEPT. 2017 | Computer Research | |
| 10/11/2017 | $245.27 | MNN - COURTLINK - SEPT. 2017 | Computer Research | |
| 10/13/2017 | $14.40 | Copies | Reproduction costs | |
| 10/13/2017 | $0.10 | Printing | Reproduction costs Print | |
| 10/13/2017 | $1.10 | Scanning | Reproduction costs Scans | |
| 10/13/2017 | $1.20 | Color Printing | COLOR PRINTS | |
| 10/13/2017 | $14.60 | MNN POSTAGE - OCT. 2017 | Postage | |
| 10/13/2017 | $1.20 | Printing | Reproduction costs Print | |
| 10/13/2017 | $0.50 | Printing | Reproduction costs Print | |
| 10/13/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 10/13/2017 | $0.50 | Printing | Reproduction costs Print | |
| 10/13/2017 | $0.10 | Printing | Reproduction costs Print | |
| 10/13/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 10/17/2017 | $21.95 | FEDEX INVOICE# 5-957-09832 - 10/06/17 - RECIPIENT: HON SALLIE KIM | Delivery & freight | |
| 10/25/2017 | $0.10 | Printing | Reproduction costs Print | |
| 10/26/2017 | $0.10 | Printing | Reproduction costs Print | |
| 10/26/2017 | $0.80 | Printing | Reproduction costs Print | |
| 10/26/2017 | $0.10 | Printing | Reproduction costs Print | |
| 10/26/2017 | $0.80 | Printing | Reproduction costs Print | |
| 10/26/2017 | $0.40 | Printing | Reproduction costs Print | |
| 10/26/2017 | $0.40 | Printing | Reproduction costs Print | |
| 11/2/2017 | $0.70 | Printing | Reproduction costs Print | |
| 11/2/2017 | $1.50 | Printing | Reproduction costs Print | |
| 11/2/2017 | $0.10 | Printing | Reproduction costs Print | |
| 11/2/2017 | $4.50 | Printing | Reproduction costs Print | |
| 11/2/2017 | $4.50 | Printing | Reproduction costs Print | |
| 11/2/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 11/2/2017 | $0.40 | Printing | Reproduction costs Print | |
| 11/2/2017 | $1.50 | Printing | Reproduction costs Print | |
| 11/2/2017 | $85.04 | WEST - OCT. 2017 | Computer Research | |
| 11/2/2017 | $0.20 | Printing | Reproduction costs Print | |
| 11/2/2017 | $0.10 | Printing | Reproduction costs Print | |

| Date | Amount | Description | Category | Name |
|---|---|---|---|---|
| 11/2/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 11/2/2017 | $0.40 | Printing | Reproduction costs Print | |
| 11/2/2017 | $0.70 | Printing | Reproduction costs Print | |
| 11/2/2017 | $0.10 | Printing | Reproduction costs Print | |
| 11/2/2017 | $0.70 | Printing | Reproduction costs Print | |
| 11/2/2017 | $0.20 | Printing | Reproduction costs Print | |
| 11/2/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 11/2/2017 | $1.40 | Printing | Reproduction costs Print | |
| 11/2/2017 | $0.10 | Printing | Reproduction costs Print | |
| 11/2/2017 | $0.70 | Printing | Reproduction costs Print | |
| 11/2/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 11/2/2017 | $0.30 | Printing | Reproduction costs Print | |
| 11/2/2017 | $0.10 | Printing | Reproduction costs Print | |
| 11/2/2017 | $0.30 | Printing | Reproduction costs Print | |
| 11/2/2017 | $0.70 | Printing | Reproduction costs Print | |
| 11/2/2017 | $1.40 | Printing | Reproduction costs Print | |
| 11/2/2017 | $0.10 | Printing | Reproduction costs Print | |
| 11/2/2017 | $0.70 | Printing | Reproduction costs Print | |
| 11/6/2017 | $0.30 | LEXIS - OCT. 2017 | Computer Research | |
| 11/8/2017 | $22.31 | FEDEX - INVOICE# 5-965-55346 - 10/11/17 - RECIPIENT: HON SALLIE KIM | Delivery & freight | |
| 11/8/2017 | $22.31 | FEDEX - INVOICE# 5-965-55346 - 10/16/17 - RECIPIENT: HON SALLIE KIM | Delivery & freight | |
| 11/8/2017 | $22.31 | FEDEX - INVOICE# 5-965-55346 - 10/10/17 - RECIPIENT: HON SALLIE KIM | Delivery & freight | |
| 11/9/2017 | $0.10 | Printing | Reproduction costs Print | |
| 11/9/2017 | $0.30 | Printing | Reproduction costs Print | |
| 12/6/2017 | $280.38 | MNN - COURTLINK - OCT. 2017 | Computer Research | |
| 12/6/2017 | $280.38 | MNN - COURTLINK - OCT. 2017 | Computer Research | |
| 12/6/2017 | $280.38 | MNN - COURTLINK - OCT. 2017 | Computer Research | |
| 12/6/2017 | $11.88 | MNN POSTAGE - 10/04/17 - 12/01/17 | Postage | |
| 12/6/2017 | $280.38 | MNN - COURTLINK - OCT. 2017 | Computer Research | |
| 12/6/2017 | $280.38 | MNN - COURTLINK - OCT. 2017 | Computer Research | |
| 12/6/2017 | $280.38 | MNN - COURTLINK - OCT. 2017 | Computer Research | |
| 12/8/2017 | $0.10 | Printing | Reproduction costs Print | |
| 12/8/2017 | $0.30 | Color Printing | COLOR PRINTS | |
| 12/12/2017 | $0.60 | Color Printing | COLOR PRINTS | |
| 12/13/2017 | $305.67 | MNN - COURTLINK - NOV. 2017 | Computer Research | |
| 12/13/2017 | $3.07 | LOOP-UP - OCT. 2017 | Telephone | |
| 12/13/2017 | $305.67 | MNN - COURTLINK - NOV. 2017 | Computer Research | |
| 12/13/2017 | $305.67 | MNN - COURTLINK - NOV. 2017 | Computer Research | |
| 12/13/2017 | $305.67 | MNN - COURTLINK - NOV. 2017 | Computer Research | |
| 12/13/2017 | $305.67 | MNN - COURTLINK - NOV. 2017 | Computer Research | |
| 12/13/2017 | $305.67 | MNN - COURTLINK - NOV. 2017 | Computer Research | |
| 12/15/2017 | $3.40 | MICHELLE DRAKE; Invoice # September 2017; Outside Contractor interpreter services | Outside Contractor | MICHELLE DRAKE |
| 12/15/2017 | $566.40 | MICHELLE DRAKE; Invoice # October 2017 expense; airfare for CMC | Travel | MICHELLE DRAKE |
| 12/15/2017 | $175.10 | MICHELLE DRAKE; Invoice # November 2017 exp; Travel for CMC - cabs (6) & meals (2) | Travel | MICHELLE DRAKE |
| 12/15/2017 | $7.50 | PACER - OCT. 2017 | Computer Research | |
| 12/27/2017 | $12.36 | FACEBOOK - NOV.26, 2017 | Advertising | |
| 12/27/2017 | $12.48 | FACEBOOK - NOV.21, 2017 | Advertising | |
| 12/27/2017 | $14.26 | FACEBOOK - NOV.10, 2017 | Advertising | |

| Date | Amount | Description | Category |
|---|---|---|---|
| 12/27/2017 | $12.00 | FACEBOOK - NOV.13, 2017 | Advertising |
| 12/27/2017 | $13.74 | FACEBOOK - NOV.15, 2017 | Advertising |
| 12/27/2017 | $12.12 | FACEBOOK - NOV.18, 2017 | Advertising |
| 12/27/2017 | $12.47 | FACEBOOK - NOV.23, 2017 | Advertising |
| 12/27/2017 | $1.20 | FACEBOOK - NOV.21, 2017 | Advertising |
| 1/4/2018 | $0.10 | Printing | Reproduction costs Print |
| 1/4/2018 | $0.60 | Color Printing | COLOR PRINTS |
| 1/8/2018 | $0.90 | Color Printing | COLOR PRINTS |
| 1/8/2018 | $0.30 | Color Printing | COLOR PRINTS |
| 1/11/2018 | $0.30 | Color Printing | COLOR PRINTS |
| 1/11/2018 | $0.40 | Printing | Reproduction costs Print |
| 1/12/2018 | $0.40 | Printing | Reproduction costs Print |
| 1/12/2018 | $6.00 | Printing | Reproduction costs Print |
| 1/12/2018 | $0.40 | Printing | Reproduction costs Print |
| 1/12/2018 | $1.50 | Printing | Reproduction costs Print |
| 1/12/2018 | $0.40 | Printing | Reproduction costs Print |
| 1/15/2018 | $299.47 | MNN - COURTLINK - DEC. 2017 | Computer Research |
| 1/15/2018 | $299.47 | MNN - COURTLINK - DEC. 2017 | Computer Research |
| 1/15/2018 | $299.47 | MNN - COURTLINK - DEC. 2017 | Computer Research |
| 1/15/2018 | $299.47 | MNN - COURTLINK - DEC. 2017 | Computer Research |
| 1/15/2018 | $299.47 | MNN - COURTLINK - DEC. 2017 | Computer Research |
| 1/15/2018 | $299.47 | MNN - COURTLINK - DEC. 2017 | Computer Research |
| 1/18/2018 | $0.10 | Printing | Reproduction costs Print |
| 1/18/2018 | $0.30 | Color Printing | COLOR PRINTS |
| 1/19/2018 | $23.46 | FEDEX - INVOICE# 6-059-65550 - 01/09/18 - RECIPIENT: HON SALLIE KIM | Delivery & freight |
| 1/24/2018 | $203.51 | FB - DEC. 2017 | Advertising |
| 1/24/2018 | $0.90 | Color Printing | COLOR PRINTS |
| 1/24/2018 | $0.30 | Color Printing | COLOR PRINTS |
| 1/25/2018 | $2.10 | Printing | Reproduction costs Print |
| 1/25/2018 | $7.60 | Printing | Reproduction costs Print |
| 1/25/2018 | $0.10 | Printing | Reproduction costs Print |
| 1/29/2018 | $1.20 | Color Printing | COLOR PRINTS |
| 1/29/2018 | $0.30 | Color Printing | COLOR PRINTS |
| 1/30/2018 | $0.20 | Printing | Reproduction costs Print |
| 1/31/2018 | $23.51 | FEDEX - INVOICE# 6-073-84427 - 01/25/18 - RECIPIENT: HON SALLIE KIM | Delivery & freight |
| 2/2/2018 | $16.80 | Color Printing | COLOR PRINTS |
| 2/2/2018 | $16.80 | Color Printing | COLOR PRINTS |
| 2/2/2018 | $1.60 | Printing | Reproduction costs Print |
| 2/2/2018 | $2.26 | WEST - JAN. 2018 | Computer Research |
| 2/2/2018 | $0.30 | Color Printing | COLOR PRINTS |
| 2/2/2018 | $1.60 | Printing | Reproduction costs Print |
| 2/2/2018 | $1.60 | Printing | Reproduction costs Print |
| 2/2/2018 | $16.80 | Color Printing | COLOR PRINTS |
| 2/2/2018 | $0.30 | Color Printing | COLOR PRINTS |
| 2/2/2018 | $229.18 | WEST - JAN. 2018 | Computer Research |
| 2/2/2018 | $0.30 | Color Printing | COLOR PRINTS |
| 2/2/2018 | $0.30 | Color Printing | COLOR PRINTS |
| 2/2/2018 | $16.80 | Color Printing | COLOR PRINTS |

| Date | Amount | Description | Category | Vendor |
|---|---|---|---|---|
| 2/2/2018 | $1.60 | Printing | Reproduction costs Print | |
| 2/2/2018 | $0.10 | Printing | Reproduction costs Print | |
| 2/5/2018 | $0.20 | Printing | Reproduction costs Print | |
| 2/7/2018 | $0.10 | Printing | Reproduction costs Print | |
| 2/7/2018 | $0.20 | Printing | Reproduction costs Print | |
| 2/7/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 2/7/2018 | $0.20 | Printing | Reproduction costs Print | |
| 2/7/2018 | $0.60 | Color Printing | COLOR PRINTS | |
| 2/7/2018 | $0.05 | Scanning | Reproduction costs Scans | |
| 2/7/2018 | $0.20 | Scanning | Reproduction costs Scans | |
| 2/7/2018 | $0.20 | Printing | Reproduction costs Print | |
| 2/8/2018 | $0.90 | Color Printing | COLOR PRINTS | |
| 2/8/2018 | $0.20 | Printing | Reproduction costs Print | |
| 2/9/2018 | $14.89 | LOOP-UP - DEC.2017 - JAN.2018 | Telephone | |
| 2/9/2018 | $8.94 | LOOP-UP - DEC.2017 - JAN.2018 | Telephone | |
| 2/13/2018 | $258.20 | MNN - COURTLINK - JAN.2018 | Computer Research | |
| 2/13/2018 | $258.20 | MNN - COURTLINK - JAN.2018 | Computer Research | |
| 2/13/2018 | $258.20 | MNN - COURTLINK - JAN.2018 | Computer Research | |
| 2/13/2018 | $41.91 | FEDEX - INVOICE#6-080-77109 - 01/30/18 - RECIPIENT: HON. SALLIE KIM | Delivery & freight | |
| 2/13/2018 | $54.70 | MNN - POSTAGE - 12/02/2017 - 02/08/2018 | Postage | |
| 2/13/2018 | $258.20 | MNN - COURTLINK - JAN.2018 | Computer Research | |
| 2/13/2018 | $258.20 | MNN - COURTLINK - JAN.2018 | Computer Research | |
| 2/13/2018 | $258.20 | MNN - COURTLINK - JAN.2018 | Computer Research | |
| 2/14/2018 | $675.00 | J Jaffe; Invoice # 1861; Consulting fees 16100-1 litigation expert consulting approved by EMD | Consulting fees | J Jaffe |
| 2/14/2018 | $5,000.00 | UPCHURCH WATSON WHITE & MAX; Invoice # 16100-1 mediation; Mediation Fees 16100-1 mediation security deposit - approved by EMD | Mediation Fees | UPCHURCH WATSON WHITE & MAX |
| 2/14/2018 | $0.27 | Convert To Tiff | Convert To Tiff | |
| 2/14/2018 | $0.09 | OCR | OCR | |
| 2/20/2018 | $16.80 | Color Printing | COLOR PRINTS | |
| 2/20/2018 | $75.70 | FEDEX - INVOICE# 6-088-68175 - 02/08/18 - RECIPIENT: JUDGE SALLIE KIM | Delivery & freight | |
| 2/20/2018 | $0.90 | Color Printing | COLOR PRINTS | |
| 2/20/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 2/20/2018 | $1.60 | Printing | Reproduction costs Print | |
| 2/20/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 2/20/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 2/22/2018 | $743.60 | MICHELLE DRAKE; Invoice # exp thru 1/2018; airfare for mediation | Travel | MICHELLE DRAKE |
| 3/1/2018 | $116.50 | WEST - FEB. 2018 | Computer Research | |
| 3/1/2018 | $79.50 | WEST - FEB. 2018 | Computer Research | |
| 3/2/2018 | $1.50 | Color Printing | COLOR PRINTS | |
| 3/2/2018 | $1.10 | Printing | Reproduction costs Print | |
| 3/2/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 3/2/2018 | $0.10 | Printing | Reproduction costs Print | |
| 3/6/2018 | $581.79 | JOE HASHMALL; Invoice # 16100-1 3/1/18; Travel 16100-1 attend mediation in San Francisco - hotel, meals | Travel | JOE HASHMALL |
| 3/8/2018 | $30.00 | AMEX-01005 -02/21/18 - HASHMALL, JOSEPH - MISC. CHARGE ORDER | Travel | |
| 3/8/2018 | $30.00 | AMEX-01005 -02/21/18 - HASHMALL, JOSEPH - MISC. CHARGE ORDER | Travel | |
| 3/12/2018 | $218.80 | COURTLINK - MNN - FEB.2018 | Computer Research | |
| 3/12/2018 | $2.48 | DOCUSIGN - NOV. - DEC. 2017 | Docusign | |
| 3/12/2018 | $218.80 | COURTLINK - MNN - FEB.2018 | Computer Research | |
| 3/12/2018 | $2.48 | DOCUSIGN - NOV. - DEC. 2017 | Docusign | |

| Date | Amount | Description | Category | Vendor |
|---|---|---|---|---|
| 3/12/2018 | $218.80 | COURTLINK - MNN - FEB.2018 | Computer Research | |
| 3/12/2018 | $218.80 | COURTLINK - MNN - FEB.2018 | Computer Research | |
| 3/12/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 3/12/2018 | $218.80 | COURTLINK - MNN - FEB.2018 | Computer Research | |
| 3/12/2018 | $0.10 | Printing | Reproduction costs Print | |
| 3/12/2018 | $218.80 | COURTLINK - MNN - FEB.2018 | Computer Research | |
| 3/21/2018 | $0.60 | Printing | Reproduction costs Print | |
| 3/21/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 3/21/2018 | $0.80 | Printing | Reproduction costs Print | |
| 3/28/2018 | $39.26 | FB - AMEX-32008 - 03/24/2018 | Advertising | |
| 3/28/2018 | $0.50 | Printing | Reproduction costs Print | |
| 3/28/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 3/28/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 3/29/2018 | $4,605.62 | UPCHURCH WATSON WHITE & MAX; Invoice # 18RAM-064; Mediation Fees 16100-1 fee for mediation - approved by EMD | Mediation Fees | UPCHURCH WATSON WHITE & MAX |
| 4/2/2018 | $143.30 | AMEX-01005 - 02/27/18 - HASHMALL, JOSEPH - airfare | Travel | |
| 4/2/2018 | $123.30 | AMEX-01005 - 02/27/18 - HASHMALL, JOSEPH - airfare | Travel | |
| 4/3/2018 | $99.93 | WEST - MARCH 2018 | Computer Research | |
| 4/4/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/4/2018 | $0.10 | Printing | Reproduction costs Print | |
| 4/4/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/4/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/4/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/4/2018 | $0.70 | Printing | Reproduction costs Print | |
| 4/4/2018 | $0.10 | Printing | Reproduction costs Print | |
| 4/4/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/4/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/4/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/4/2018 | $0.70 | Printing | Reproduction costs Print | |
| 4/4/2018 | $0.70 | Printing | Reproduction costs Print | |
| 4/4/2018 | $0.70 | Printing | Reproduction costs Print | |
| 4/5/2018 | $1.57 | MNN - POSTAGE 02/08/18 - 04/03/18 | Postage | |
| 4/5/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/5/2018 | $0.10 | Printing | Reproduction costs Print | |
| 4/5/2018 | $34.93 | MNN - POSTAGE 02/08/18 - 04/03/18 | Postage | |
| 4/5/2018 | $0.80 | Printing | Reproduction costs Print | |
| 4/5/2018 | $0.70 | Printing | Reproduction costs Print | |
| 4/5/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/5/2018 | $0.10 | Printing | Reproduction costs Print | |
| 4/6/2018 | $0.10 | Printing | Reproduction costs Print | |
| 4/9/2018 | $0.10 | Printing | Reproduction costs Print | |
| 4/9/2018 | $1.90 | Printing | Reproduction costs Print | |
| 4/9/2018 | $0.60 | Printing | Reproduction costs Print | |
| 4/9/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 4/9/2018 | $0.60 | Printing | Reproduction costs Print | |
| 4/10/2018 | $400.00 | J Jaffe; Invoice # 1875; Consulting fees 16100-1 March 2018 work - approved by EMD | Consulting fees | J Jaffe |
| 4/10/2018 | $234.86 | COURTLINK - MNN - MARCH 2018 | Computer Research | |
| 4/10/2018 | $234.86 | COURTLINK - MNN - MARCH 2018 | Computer Research | |
| 4/10/2018 | $234.86 | COURTLINK - MNN - MARCH 2018 | Computer Research | |

| Date | Amount | Description | Category | Name |
|---|---|---|---|---|
| 4/10/2018 | $234.86 | COURTLINK - MNN - MARCH 2018 | Computer Research | |
| 4/10/2018 | $234.86 | COURTLINK - MNN - MARCH 2018 | Computer Research | |
| 4/10/2018 | $234.86 | COURTLINK - MNN - MARCH 2018 | Computer Research | |
| 4/13/2018 | $115.30 | MICHELLE DRAKE; Invoice # 16100-1 airfare; Travel 16100-1 2/5/18 airfare for mediation and agent fee | Travel | MICHELLE DRAKE |
| 4/19/2018 | $13.69 | FEDEX INVOICE#6-146-95283 - 04/06/18 - RECIPIENT: RITA DALEY | Delivery & freight | |
| 5/2/2018 | $37.36 | WEST - APRIL 2018 | Computer Research | |
| 5/2/2018 | $4.62 | LOOP UP - MARCH 2018 | Telephone | |
| 5/2/2018 | $0.20 | Printing | Reproduction costs Print | |
| 5/2/2018 | $8.33 | WEST - APRIL 2018 | Computer Research | |
| 5/16/2018 | $0.90 | Color Printing | COLOR PRINTS | |
| 5/16/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 5/17/2018 | $254.69 | MNN - COURTLINK - APRIL 2018 | Computer Research | |
| 5/17/2018 | $254.69 | MNN - COURTLINK - APRIL 2018 | Computer Research | |
| 5/17/2018 | $254.69 | MNN - COURTLINK - APRIL 2018 | Computer Research | |
| 5/17/2018 | $254.69 | MNN - COURTLINK - APRIL 2018 | Computer Research | |
| 5/17/2018 | $254.69 | MNN - COURTLINK - APRIL 2018 | Computer Research | |
| 5/21/2018 | $0.90 | Color Printing | COLOR PRINTS | |
| 5/21/2018 | $2.70 | Color Printing | COLOR PRINTS | |
| 5/21/2018 | $8.10 | Color Printing | COLOR PRINTS | |
| 5/21/2018 | $6.90 | Color Printing | COLOR PRINTS | |
| 5/21/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 5/21/2018 | $14.10 | Color Printing | COLOR PRINTS | |
| 6/1/2018 | $19.84 | DOCUSIGN - MARCH 2018 | Docusign | |
| 6/4/2018 | $84.00 | WEST - MAY 2018 | Computer Research | |
| 6/4/2018 | $42.41 | FEDEX - INVOICE# 6-197-89285 - 05/22/18 - RECIPIENT: HON SALLIE KIM | Delivery & freight | |
| 6/4/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 6/4/2018 | $19.98 | WEST - MAY 2018 | Computer Research | |
| 6/4/2018 | $23.73 | FEDEX - INVOICE# 6-191-45831 - 05/17/18 - RECIPIENT: HON SALLIE KIM | Delivery & freight | |
| 6/4/2018 | $0.30 | Printing | Reproduction costs Print | |
| 6/5/2018 | $7.20 | MNN POSTAGE - MAY 2018 | Postage | |
| 6/5/2018 | $6.70 | MNN POSTAGE - MAY 2018 | Postage | |
| 6/12/2018 | $0.10 | Printing | Reproduction costs Print | |
| 6/12/2018 | $11.00 | Printing | Reproduction costs Print | |
| 6/12/2018 | $0.50 | Scanning | Reproduction costs Scans | |
| 6/15/2018 | $238.54 | MNN - COURTLINK - MAY 2018 | Computer Research | |
| 6/15/2018 | $238.54 | MNN - COURTLINK - MAY 2018 | Computer Research | |
| 6/15/2018 | $238.54 | MNN - COURTLINK - MAY 2018 | Computer Research | |
| 6/15/2018 | $23.90 | FEDEX - INVOICE#6-212-19417 - 06/05/18 - RECIPIENT: HON SALLIE KIM | Delivery & freight | |
| 6/15/2018 | $238.54 | MNN - COURTLINK - MAY 2018 | Computer Research | |
| 6/20/2018 | $13.89 | FEDEX - INVOICE# 6-219-53015 - 06/18/18 - RECIPIENT: KIM KEENAN | Delivery & freight | |
| 6/21/2018 | $1,055.25 | MICHELLE DRAKE; Invoice # 16100-1 3518; Travel to san fran for mediation march 1 to march 5 2018 - cabs (5), meals (6), hotel, internet access | Travel | MICHELLE DRAKE |
| 6/21/2018 | $230.50 | MICHELLE DRAKE; Invoice # 17155/16100 3218; airfare for mediation | Travel | MICHELLE DRAKE |
| 6/22/2018 | $0.30 | Printing | Reproduction costs Print | |
| 6/22/2018 | $0.50 | Printing | Reproduction costs Print | |
| 6/22/2018 | $0.10 | Printing | Reproduction costs Print | |
| 6/22/2018 | $4.50 | Printing | Reproduction costs Print | |
| 6/22/2018 | $0.10 | Printing | Reproduction costs Print | |
| 6/22/2018 | $0.20 | Printing | Reproduction costs Print | |

| Date | Amount | Description | Category | Name |
|---|---|---|---|---|
| 6/22/2018 | $4.70 | Printing | Reproduction costs Print | |
| 6/22/2018 | $0.70 | Printing | Reproduction costs Print | |
| 6/22/2018 | $0.30 | Printing | Reproduction costs Print | |
| 6/22/2018 | $1.10 | Printing | Reproduction costs Print | |
| 6/22/2018 | $0.10 | Printing | Reproduction costs Print | |
| 6/22/2018 | $2.00 | Printing | Reproduction costs Print | |
| 6/22/2018 | $2.70 | Printing | Reproduction costs Print | |
| 6/22/2018 | $0.90 | Printing | Reproduction costs Print | |
| 6/22/2018 | $2.00 | Printing | Reproduction costs Print | |
| 6/22/2018 | $0.30 | Printing | Reproduction costs Print | |
| 6/26/2018 | $1.00 | Printing | Reproduction costs Print | |
| 6/26/2018 | $0.10 | Printing | Reproduction costs Print | |
| 6/26/2018 | $0.30 | Printing | Reproduction costs Print | |
| 6/26/2018 | $0.50 | Printing | Reproduction costs Print | |
| 6/26/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 6/26/2018 | $0.30 | Printing | Reproduction costs Print | |
| 6/26/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 6/26/2018 | $0.30 | Printing | Reproduction costs Print | |
| 6/26/2018 | $0.30 | Printing | Reproduction costs Print | |
| 7/5/2018 | $186.82 | WEST - JUNE 2018 | Computer Research | |
| 7/5/2018 | $102.34 | WEST - JUNE 2018 | Computer Research | |
| 7/6/2018 | $2.75 | LOOP-UP - APRIL- MAY 2018 | Telephone | |
| 7/12/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 7/12/2018 | $0.10 | Printing | Reproduction costs Print | |
| 7/18/2018 | $0.30 | Printing | Reproduction costs Print | |
| 7/18/2018 | $0.30 | Color Printing | COLOR PRINTS | |
| 7/18/2018 | $311.53 | MNN - COURTLINK - JUNE 2018 | Computer Research | |
| 7/18/2018 | $311.53 | MNN - COURTLINK - JUNE 2018 | Computer Research | |
| 7/18/2018 | $0.30 | Printing | Reproduction costs Print | |
| 7/26/2018 | $604.40 | MICHELLE DRAKE; Invoice # 16100-1 53118; Travel airfare for prem hearing | Travel | MICHELLE DRAKE |
| 7/26/2018 | $2.48 | docusign | Docusign | |
| 7/26/2018 | $9.92 | docusign | Docusign | |
| 7/26/2018 | $4.96 | docusign | Docusign | |
| 7/26/2018 | $23.79 | FEDEX - INVOICE# 6-255-79226 - 07/19/18 - RECIPIENT: HON SALLIE KIM | Delivery & freight | |
| 8/7/2018 | $151.82 | WEST - JULY 2018 | Computer Research | |
| 8/15/2018 | $0.47 | MNN - POSTAGE - 06/03/18 - 08/03/18 | Postage | |
| 8/15/2018 | $1.36 | MNN - POSTAGE - 06/03/18 - 08/03/18 | Postage | |
| 8/16/2018 | $345.06 | MNN - COURTLINK - JULY 2018 | Computer Research | |
| 8/16/2018 | $345.06 | MNN - COURTLINK - JULY 2018 | Computer Research | |
| 9/7/2018 | $44.40 | Color Copies | COLOR PRINTS | |
| 9/12/2018 | $4,057.15 | WEST - AUG. 2018 | Computer Research | |
| 9/13/2018 | $333.42 | MNN COURTLINK - AUG. 2018 | Research | |
| 9/13/2018 | $333.42 | MNN COURTLINK - AUG. 2018 | Research | |
| 9/14/2018 | $4.42 | LOOP-UP - AUG. 2018 | Telephone | |
| 9/14/2018 | $1.70 | LOOP-UP - JULY 2018 | Telephone | |
| 9/17/2018 | $23.73 | FEDEX - INVOICE# 6-291-59904 - 08/21/18 - RECIPIENT: HON SALLIE KIM | Delivery & freight | |
| 9/17/2018 | $2.48 | docusign | Docusign | |
| 9/26/2018 | $0.10 | Printing | Reproduction costs Print | |

| Date | Amount | Description | Category | Vendor |
|---|---|---|---|---|
| 9/26/2018 | $0.80 | Printing | Reproduction costs Print | |
| 9/26/2018 | $0.30 | Printing | Reproduction costs Print | |
| 9/28/2018 | $1,250.00 | Smith Economics Group, Ltd. retainer | Consulting fees | Smith Economics Group |
| 10/1/2018 | $0.10 | Printing | Reproduction costs Print | |
| 10/3/2018 | $1.10 | Printing | Reproduction costs Print | |
| 10/3/2018 | $1.10 | Printing | Reproduction costs Print | |
| 10/4/2018 | $0.70 | Printing | Reproduction costs Print | |
| 10/4/2018 | $0.90 | Printing | Reproduction costs Print | |
| 10/8/2018 | $ 212.50 | Estimated hotel cost for final approval hearing | Travel | |
| 10/8/2018 | $ 421.40 | Estimated airfare cost for final approval hearing | Travel | |
| **TOTAL** | **$44,346.26** | | | |