Carolyn Hunt Cottrell (SBN 166977)
David C. Leimbach (SBN 265409)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel:  (415) 421-7100
Fax:  (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com

E. Michelle Drake (*pro hac vice*)
Joseph C. Hashmall (*pro hac vice*)
BERGER & MONTAGUE, P.C.
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel.: 612.594.5999; Fax: 612.584.4470
emdrake@bm.net
jhashmall@bm.net

Attorneys for Plaintiff and the Settlement Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HOWELL, on behalf of himself and all others similarly situated, | Case No.: 3:17-cv-04305-SK |
| Plaintiff, | **DECLARATION OF CAROLYN HUNT COTTRELL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE AWARD** |
| v. | |
| CHECKR, INC., | |
| Defendant. | Date: December 3, 2018 |
| | Time: 11:00 AM |
| | Judge: Hon. Sallie Kim |
| | Courtroom: A, 15th Floor |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### DECLARATION OF CAROLYN HUNT COTTRELL

I, Carolyn Hunt Cottrell, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California.  I am a member in good standing of the State Bar of California, I am admitted to the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.  I am admitted to the Ninth Circuit Court of Appeals, and I am a member of the Bar of the United States Supreme Court.

2.      I am a partner at Schneider Wallace Cottrell Konecky Wotkyns LLP ("SWCKW"). SWCKW specializes in class action litigation in state and federal court.

3.      I submit this declaration in support of the Motion for Attorneys' Fees, Costs, and Class Representative Award filed by Plaintiff Gregory Howell, on behalf of himself and all others similarly situated ("Plaintiff"), in the above-captioned case. I am familiar with the file, the documents, and the history related to this case. The following statements are based on my personal knowledge and review of the files. If called to do so, I could and would testify competently thereto.

### QUALIFICATIONS, EXPERIENCE, AND EXPERTISE

4.      SWCKW is regarded as one of the leading private plaintiff's firms in wage and hour class actions and employment class actions. In November 2012, the Recorder listed the firm as one of the "top 10 go-to plaintiffs' employment firms in Northern California." The partners and attorneys have litigated major wage and hour class actions, have won several prestigious awards, and sit on important boards and committees in the legal community. SWCKW was founded by Todd Schneider in 1993, and I have been a member of the firm since 1995.

5.      SWCKW has acted or is acting as class counsel in numerous cases.  A partial list of cases which have been certified and/or settled as class actions includes: *Harmon, et al. v. Diamond Wireless, LLC*, (Case No. 34-2012-00118898) (Sacramento Superior Court) (final approval of a class action settlement for failure to pay wages free and clear, failure to pay overtime and minimum wages, failure to provide meal and rest breaks, failure to pay full wages when due, failure to adhere to California record keeping requirements, and failure to provide adequate seating, under California law); *Aguilar v. Hall AG Enterprises, Inc., et al.*, (Case No. BCV-16-10994-DRL) (Kern County

Superior Court) (final approval of a class action settlement for failure to provide meal and rest periods, failure to compensate for all hours worked, failure to pay minimum and overtime wages, waiting time penalties, failure to provide itemized wage statements, and failure to pay undiscounted wages, under California law); *Viceral and Krueger v. Mistras Group, Inc.*, (Case No. 3:15-cv-02198-EMC) (Northern District of California) (final approval of a class and collective action settlement for failure to compensate for all hours worked, including overtime, under federal and California law); *Jeter-Polk, et al. v. Casual Male Store, LLC, et al.,* (Case No. 5:14-CV-00891) (Central District of California) (final approval of a class action settlement for failure to provide meal and rest periods, failure to compensate for all hours worked, failure to pay overtime wages, unpaid wages and waiting time penalties, and failure to provide itemized wage statements); *Meza, et al. v. S.S. Skikos, Inc., et al.,* (Case No. 15-cv-01889-TEH) (Northern District of California) (final approval of class and collective action settlement for failure to compensate for all hours worked, including overtime, under federal and California law, failure to provide meal and rest breaks, failure to reimburse for necessary business uniforms, failure to pay full wages upon termination to, and failure to provide accurate itemized wage statements); *Holmes, et al v. Xpress Global Systems, Inc.,* (Case No. 34-2015-00180822) (Sacramento Superior Court) (final approval of a class action settlement for failure to provide meal and rest breaks and failure to provide accurate itemized wage statements); *Guilbaud, et al. v. Sprint Nextel Corp. et al.,* (Case No. 3:13-cv-04357-VC) (Northern District of California) (final approval of a class and collective action settlement for failure to compensate for all hours worked, including overtime, failure to provide meal and rest breaks, failure to reimburse for necessary business uniforms, failure to pay full wages upon termination to, and failure to provide accurate itemized wage statements); *Molina, et al. v. Railworks Track Systems, Inc.,* (Case No. BCV-15-10135) (Kern County Superior Court) (final approval of a class action settlement for failure to provide meal and rest breaks, unpaid wages, unpaid overtime, off-the-clocker work, failure to pay full wages upon termination to, and failure to provide accurate itemized wage statements); *Allen, et al. v. County of Monterey, et al.*, (Case No. 5:13-cv-01659) (Northern District of California) (settlement between FLSA Plaintiffs and Defendant to provide

1  relief to affected employees); *Barrera v. Radix Cable Holdings, Inc., et al.*, (Case No. CIV
2  1100505) (Marin County Superior Court) (final approval of class action settlement for failure to
3  provide meal and rest breaks to, off-the-clock work by, failure to provide overtime compensation to,
4  failure to reimburse business expenditures to, failure to pay full wages upon termination to, and
5  failure to provide accurate itemized wage statements to retention specialists working for cable
6  companies); *Glass Dimensions, Inc., et al. v. State Street Corp. et al.*, (Case No. 1:10-cv-10588)
7  (District of Massachusetts) (final approval of class action settlement for claims of breach of
8  fiduciary duty and self-dealing in violation of ERISA); *Friend, et al. v. The Hertz Corporation*,
9  (Case No. 3:07-052222) (Northern District of California) (settlement of claims that rental car
10 company misclassified non-exempt employees, failed to pay wages, failed to pay premium pay, and
11 failed to provide meal periods and rest periods); *Hollands v. Lincare, Inc., et al.*, (Case No. CGC-
12 07-465052) (San Francisco County Superior Court) (final approval of class action settlement for
13 overtime pay, off-the-clock work, unreimbursed expenses, and other wage and hour claims on
14 behalf of a class of center managers); *Jantz, et al. v. Colvin*, (Case No. 531-2006-00276X) (In the
15 Equal Employment Opportunity Commission Baltimore Field Office) (final approval of class action
16 settlement for the denial of promotions based on targeted disabilities); *Shemaria v. County of
17 Marin*, (Case No. CV 082718) (Marin County Superior Court) (final approval of class action
18 settlement on behalf of a class of individuals with mobility disabilities denied access to various
19 facilities owned, operated, and/or maintained by the County of Marin); *Perez, et al. v. First
20 American Title Ins. Co.*, (Case No. 2:08-cv-01184) (District of Arizona) (final approval of class
21 action settlement in action challenging unfair discrimination by title insurance company); *Perez v.
22 Rue21, Inc., et al.*, (Case No. CISCV167815) (Santa Cruz County Superior Court) (final approval of
23 class action settlement for failure to provide meal and rest breaks to, and for off-the-clock work
24 performed by, a class of retail employees); *Sosa, et al. v. Dreyer's Grand Ice Cream, Inc., et al.*,
25 (Case No. RG 08424366) (Alameda County Superior Court) (final approval of class action
26 settlement for failure to provide meal and rest breaks to, and for off-the-clock work performed by, a
27 class of ice cream manufacturing employees); *Villalpando v. Exel Direct Inc., et al.* (Case Nos.
28

3:12-cv-04137 and 4:13-cv-03091) (Northern District of California) (certified class action on behalf of delivery drivers allegedly misclassified as independent contractors); *Choul, et al. v. Nebraska Beef, Ltd.* (Case Nos. 8:08-cv-90, 8:08-cv-99) (District of Nebraska) (final approval of class action settlement for off-the-clock work by, and failure to provide overtime compensation to, production-line employees of meat-packing plant); *Morales v. Farmland Foods, Inc.* (Case No. 8:08-cv-504) (District of Nebraska) (FLSA certification for off-the-clock work by, and failure to provide overtime compensation to, production-line employees of meat-packing plant); *Barlow, et al. v. PRN Ambulance Inc.* (Case No. BC396728) (Los Angeles County Superior Court) (final approval of class action settlement for failure to provide meal and rest breaks to and for off-the-clock work by certified emergency medical technicians); *Espinosa, et al. v. National Beef, et al.* (Case No. ECU0467) (Imperial Superior Court) (final approval of class action settlement for off-the-clock work by, and failure to provide overtime compensation to, production-line employees of meat-packing plant); *Wolfe, et al. v. California Check Cashing Stores, LLC, et al.* (Case Nos. CGC-08-479518 and CGC-09-489635) (San Francisco Superior Court) (final approval of class action settlement for failure to provide meal and rest breaks to, and for off-the-clock work by, employees at check cashing stores); *Carlson v. eHarmony* (Case No. BC371958) (Los Angeles County Superior Court) (final approval of class action settlement on behalf of gays and lesbians who were denied use of eHarmony); *Salcido v. Cargill* (Case Nos. 1:07-CV-01347-LJO-GSA,1:08-CV-00605-LJO-GSA) (Eastern District of California) (final approval of class action settlement for off-the-clock work by production-line employees of meat-packing plant); *Elkin v. Six Flags* (Case No. BC342633) (Los Angeles County Superior Court) (final approval of class action settlement for missed meal and rest periods on behalf of hourly workers at Six Flags amusement parks); *Jimenez v. Perot Systems Corp.* (Case No. RG07335321) (Alameda County Superior Court) (final approval of class action settlement for misclassification of hospital clerical workers); *Chau v. CVS RX Services, Inc.* (Case No. BC349224) (Los Angeles County Superior Court) (final approval of class action settlement for failure to pay overtime to CVS pharmacists); *Reed v. CALSTAR* (Case No. RG04155105) (Alameda County Superior Court) (certified class action on behalf of flight nurses);

*National Federation of the Blind v. Target* (Case No. C 06-01802 MHP) (N.D. Cal.) (certified class action on behalf of all legally blind individuals in the United States who have tried to access Target.com); *Bates v. United Parcel Service, Inc.* (2004 WL 2370633) (N.D. Cal.) (certified national class action on behalf of deaf employees of UPS); *Satchell v. FedEx Express, Inc.* (Case No. 03-02659 SI) (N.D. Cal.) (certified regional class action alleging widespread discrimination within FedEx); *Siddiqi v. Regents of the University of California* (Case No. C-99-0790 SI) (N.D. Cal.) (certified class action in favor of deaf plaintiffs alleging disability access violations at the University of California); *Lopez v. San Francisco Unified School District* (Case No. C-99-03260 SI) (N.D. Cal.) (certified class action in favor of plaintiffs in class action against school district for widespread disability access violations); *Campos v. San Francisco State University* (Case No. C-97-02326 MCC) (N.D. Cal.) (certified class action in favor of disabled plaintiffs for widespread disability access violations); *Singleton v. Regents of the University of California* (Case No. 807233-1) (Alameda County Superior Court) (class settlement for women alleging gender discrimination at Lawrence Livermore National Laboratory); *McMaster v. BCI Coca-Cola Bottling Co.* (Case No. RG04173735) (Alameda County Superior Court) (final approval of class action settlement for drive-time required of Coca-Cola account managers); *Portugal v. Macy's West, Inc.* (Case No. BC324247) (Los Angeles County Superior Court) (California statewide wage and hour "misclassification" class action resulting in a class-wide $3.25 million settlement); *Taormina v. Siebel Systems, Inc.* (Case No. RG05219031) (Alameda County Superior Court) (final approval of class action settlement for misclassification of Siebel's inside sales employees); *Joseph v. The Limited, Inc.* (Case No. CGC-04-437118) (San Francisco County Superior Court) (final approval of class action settlement for failure to provide meal and rest periods to employees of The Limited stores); *Rios v. Siemens Corp.* (Case No. C05-04697 PJH) (N.D. Cal.) (final approval of class action settlement for failure to pay accrued vacation pay upon end of employment); *DeSoto v. Sears, Roebuck & Co.* (Case No. RG0309669) (Alameda County Superior Court) and *Lenahan v. Sears, Roebuck & Co.* (Case No. 3-02-CV-000045 (SRC) (TJB)) (final approval of class action settlement for failure to pay Sears drivers for all hours worked); among many others.

6.  Nearly my entire legal career has been devoted to advocating for the rights of individuals who have been subjected to illegal pay policies, discrimination, harassment and retaliation and representing employees in wage and hour and discrimination class actions.  I have litigated hundreds of wage and hour, employment discrimination and civil-rights actions, and I manage many of the firm's current cases in these areas. I am a member of the State Bar of California, and have had memberships with Public Justice, the National Employment Lawyers Association, the California Employment Lawyers Association, and the Consumer Attorneys of California.  I served on the Board of Directors for the San Francisco Trial Lawyers Association and co-chaired its Women's Caucus.  I was named one of the "Top Women Litigators for 2010" by the Daily Journal.  In 2012, I was nominated for Woman Trial Lawyer of the Year by the Consumer Attorneys of California. I have been selected as a Super Lawyer every year since 2014. I earned my Bachelor's degree from the University of California, and I am a graduate of the University of the Pacific, McGeorge School of Law.

## SWCKW FEES AND COSTS

7.  SWCKW acted as local counsel in this matter to Class Counsel Berger & Montague, P.C.

8.  SWCKW's lodestar to date in this matter is $12,142.00. A true and correct summary of the SWCKW lodestar to date, including time billed and hourly rates for each attorney and staff member, is attached hereto as **Exhibit 1.**

9.  SWCKW seeks reimbursement of litigation costs to date to in the amount of $1,621.00. All of the expenses were reasonable, were necessary to the prosecution, and are customarily billed to fee-paying clients. A true and correct summary of SWCKW's litigation costs to date is attached hereto as **Exhibit 2.**

//
//
//
//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and is based upon my personal knowledge. Executed on October 8, 2018 in Emeryville, California.


                                       */s/Carolyn Hunt Cottrell*
                                       Carolyn Hunt Cottrell