# Exhibit 1

# Howell, Gregory v. Checkr

| TIME KEEPER | RATE | TIME | CHARGES |
|---|---|---|---|
| **Partners** | | | |
| Cottrell, Carolyn (CMH) | $835 | 5.40 | $4,509.00 |
| **Of Counsel / Associates** | | | |
| Gordon, Scott (SLG) | $400 | 6.60 | $2,640.00 |
| Karageorge, Mira (MPK) | $675 | .10 | $67.50 |
| Leimbach, David (DCL) | $750 | 3.00 | $2,250.00 |
| Lim, Michelle (MSL) | $625 | 3.20 | $2,000.00 |
| **Law Clerks / Paralegals** | | | |
| Crossley, Shannon (SDC) | $300 | .30 | $90.00 |
| Gueorguieva, Eugenia (EPG) | $300 | .40 | $120.00 |
| Perez, Jennifer (JAP) | $300 | 1.30 | $390.00 |
| Walker, Christopher (CJW) | $250 | .30 | $75.00 |
| **Grand Total** | | **20.60** | **$12,142** |