# Exhibit 2

# Schneider Wallace Cottrell Konecky Wotkyns LLP
# 101403 - Howell, Gregory v. Checkr

| Date | Source Name | Memo | Amount |
|---|---|---|---|
| 06/27/2017 | One Legal LLC | Complaint | 1,589.65 |
| 11/04/2017 | Pacer | Document retrieval / legal research Q3 2017 | 9.90 |
| 08/07/2018 | Pacer | Document retrieval / legal research Q2 2018 | 12.30 |
| 08/07/2018 | Pacer | Document retrieval / legal research Q2 2018 | 1.40 |
| 10/02/2018 | SWCKW | Copying costs | 7.75 |
| | | **TOTAL COSTS:** | **1,621.00** |