UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HOWELL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHECKR, INC.,<br><br>Defendant. | Case No. 3:17-cv-04305-SK<br><br>**DECLARATION OF SETTLEMENT ADMINISTRATOR JENNIFER M. KEOUGH** |

I, JENNIFER M. KEOUGH, declare as follows:

1. I am the Chief Executive Officer of JND Legal Administration LLC ("JND"). JND is a legal administration services provider with its headquarters located in Seattle, Washington. JND has extensive experience with all aspects of legal administration and has administered settlements in hundreds of class action cases.

2. JND is serving as the Settlement Administrator ("Administrator") in the above-captioned litigation ("Action"), as ordered by the Court in its Order Granting Motion for Preliminary Approval of Class Action Settlement ("Order"). This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

**CAFA NOTICE**

3. In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, JND compiled a CD-ROM containing the following documents:

    a. Complaint filed June 23, 2017 in the Superior Court for the County of San Francisco;

      b.     Plaintiff's Motion for Preliminary Approval of the Proposed Settlement and Memorandum in Support [Unopposed], filed May 21, 2018, and attaching:

           i.     Declaration of E. Michelle Drake in Support of Motion for Preliminary Approval; and

           ii.    Class Action Settlement Agreement and Release (including the proposed Notice of Settlement, proposed Postcard Notices, Firm Resume, and Proposed Preliminary Approval Order).

4.     The CD-ROM was mailed on May 24, 2018, to the appropriate Federal and State officials identified in the attachment with an accompanying cover letter, a copy of which is attached hereto as **Exhibit A**.

## CLASS MEMBER DATA

5.     On July 16, 2018, JND received a spreadsheet containing, among other information, the names, e-mail addresses, phone numbers (where available), report ID number, and class designation of individuals identified as Class Members. The spreadsheets contained contact information and other identifying data for a total of 100,959 potential Class Member records.

6.     Prior to mailing notices, JND analyzed the raw data to remove duplicate records (among class members entitled to autopay (the "Autopay Class"), among class members not entitled to autopay (the "Opt-In Class"), and across both classes). JND identified 4,919 duplicate records within or across the classes, resulting in 96,040 unique Class Member records (54,010 records belonging to Autopay Class Members, and 42,030 records belonging to Opt-In Class Members). This Class Member data was promptly loaded into a database established for this Action.

7. On August 3, 2018, JND was provided with a data file containing social security numbers for 100,959 records.

8. At the Parties' request, on August 7, 2018, JND conducted advanced address research (via skip-trace databases) utilizing the social security numbers previously provided and identified mailing addresses for 95,140 records out of 95,388 records missing contact information. This Class Member data was added into the database established for this Action.

## E-MAIL NOTICE

9. Pursuant to the terms of the settlement ("Settlement"), on July 26, 2018, JND sent the customized court-approved notice (the "E-mail Notice") via e-mail to 97,353 unique e-mail addresses in the initial data file (some Class Members had more than one e-mail address). The E-mail Notice was sent to 54,837 e-mail addresses belonging to Autopay Class Members, and to 42,516 e-mail addresses belonging to Opt-In Class Members.

10. At the Parties' request, on August 13, 2018, JND sent a customized reminder e-mail notice (the "Reminder E-mail Notice") to 76,813 e-mail addresses whose E-mail Notices were deliverable but unopened after seven (7) days (41,553 e-mail addresses belonging to Autopay Class Members, and to 35,260 e-mail addresses belonging to Opt-In Class Members).

## NOTICE MAILING

11. Pursuant to the Settlement, on August 10, 2018, JND mailed customized court-approved single-panel postcard notices (the "Autopay Postcard Notice") via U.S. Postal Service regular mail to 1,759 unique Autopay Class Members whose E-mail Notice bounced.

12. Pursuant to the Settlement, on August 15, 2018, JND mailed customized court-approved double-panel postcard notices (the "Opt-In Postcard Notice", and together with the Autopay Postcard Notice, the "Notices") via U.S. Postal Service regular mail to 1,517 unique Opt-In Class Members whose E-mail Notice bounced.

13. Pursuant to the Settlement, on August 24, 2018, JND mailed the Notices to 74,078 unique Class Members whose Reminder E-mail Notice was unopened after seven (7) days (40,058 Autopay Class members, and 34,020 Opt-In Class members).

14. As of the date of this Declaration, JND tracked 1,155 mailed Notices that were returned to JND as undeliverable.

## WEBSITE

15. On July 24, 2018, JND established a Settlement website (www.HowellSettlement.com) which hosts copies of important case documents, answers to frequently asked questions, and provides Administrator contact information for telephone, mail or e-mail contact. The website also allows Opt-In Class Members to submit a Claim Form electronically.

16. As of the date of this Declaration, the Settlement website tracked 5,634 unique users who registered 12,986 page views.

17. JND will continue to update and maintain the website for the duration of the administration process.

## TOLL-FREE INFORMATION LINE

18. In addition to the website, JND established a case-specific toll-free number, 1-833-747-6674 which individuals may call to obtain information regarding the Settlement. The line is available 24 hours a day, seven days a week.

As of the date of this Declaration, the toll-free number has received 1,267 calls.

## REQUESTS FOR EXCLUSION

19. The Settlement Agreement and Release informed Class Members that any Class Member who wanted to exclude themselves from the Settlement ("opt-out") must mail a letter to JND stating that they desire to opt out of the Settlement or otherwise not participate in the Settlement, postmarked on or before October 24, 2018.

20. As of the date of this Declaration, JND has received one (1) opt-out request.

## OBJECTIONS

21. The Notices informed recipients that any Class Member who wanted to object to the approval of the Settlement could do so by submitting a written statement to JND postmarked on or before October 24, 2018.

22. As of the date of this Declaration, JND has not received any objections to the proposed Settlement.

## CLAIMS RECEIVED

23. The Notices informed recipients that any Opt-In Class Member wishing to receive a Settlement payment must complete and sign a Claim Form and submit it to JND, postmarked on or before October 24, 2018 if sent by mail, or received by October 24, 2018 if submitted online.

24. As of the date of this Declaration, JND has received 3,726 Claim Forms (1,463 Claim Forms submitted electronically, and 2,263 Claim Forms received by mail).

25. Pursuant to the Settlement Agreement, JND has provided submitted claim information to the Defendants, and created and maintained a secure site for Defendants to upload related redacted reports for Class Counsel's review. As of the date of this Declaration, JND has processed and submitted 2,356 claim records to the Parties for their review.

26. Once Class Counsel completes its reviews and assessment of the reports, JND will update its records to reflect the final claim determination and benefit eligibility.

## FEES AND EXPENSES FOR ADMINISTRATION

27. On April 24, 2018, JND submitted an initial proposal to the parties for $114,666. This estimate assumed one (1) e-mail notice campaign and contemplated mailing Postcard Notices to 20,191 Class Members. The proposal also assumed processing of 808 mailed forms and did not contemplate advanced address research in order to identify mailing addresses for the Class List.

28. Based on the scope of the work performed to date in this matter, JND has revised its estimate to $194,000. This revised estimate reflects the following:

- The Parties instructed JND to send the Reminder E-mail Notice, which was not contemplated in the initial proposal. Accordingly, JND designed and formatted additional e-mail content, and disseminated the Reminder E-mail Notice to 76,813 e-mail addresses (at an increased cost of $4,790).

- As required in the Settlement Agreement, JND sent the Notices to any Class Members whose E-mail Notice or Reminder E-mail Notice bounced back or was unopened after seven (7) days. While the initial proposal assumed mailing Notices to 20,191 Class Members, JND was required to mail Notices to 77,354 Class Members, at an increased cost of $5,145 for printing and handling, as well as increased postage. The much larger mailing population has also resulted in increased charges relating to tracking undeliverable pieces and forwarding and researching same.

- At the direction of the Parties, JND performed more extensive advanced address research than initially anticipated. The charges associated with class list clean-up and research increased accordingly by $3,600.

- In order to prepare and analyze claim submission data and coordinate secure dissemination to the Parties for their review, JND incurred hours of analyst time designing and customizing the case-specific database at an increased cost of $4,050. The charge for electronic data storage has also increased slightly.

- The original estimate assumed reviewing and responding to 100 e-mails from Class Members. The Parties added language to the E-mail Notice and Reminder E-mail Notice requesting that Class Members provide their updated contact

information via e-mail to JND. As a result, JND has handled over 2,000 e-mails in this matter, increasing the website charges by $3,000.

- JND has received over 2,200 paper claim forms as of the date of this Declaration. The initial estimate contemplated processing 808 mailed forms. Accordingly, JND has revised its estimated charges by $3,839 (JND also adjusted the estimate downward for processing online forms to reflect the projected number of online submissions).

- Due to the complexity of reviewing and determining claim validity (including uploading weekly data files to the Defendants and coordinating review of the redacted files with Class Counsel), JND has incurred increased charges in validating claims in the amount of $1,283.

- The revised estimate includes an updated projected distribution cost assuming a benefit mailing to the 54,010 Autopay Class Members and projected 4,990 Opt-In Class Members with timely valid claims. Accordingly, the estimated cost has increased by $6,785.

- The overall increased scope of work in this matter has required heavy project management involvement. JND has revised its estimate to reflect an increase of $9,650.

29.   JND will make every effort to perform the remaining administration work under the revised estimated amount.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 8, 2018, at Seattle, Washington.

By: _/s/ Jennifer M. Keough_
Jennifer M. Keough