UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HOWELL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHECKR, INC.,<br><br>Defendants. | Case No.: 3:17-cv-04305-SK<br><br>[PROPOSED] ORDER |

For reasons set forth in the Court's Final Approval Order, Plaintiff's Motion for Attorneys' Fees, Costs, Class Representative Service Award, and Settlement Administration Expenses is GRANTED. The Court finds the following payments in connection with the settlement are fair and reasonable. IT IS HEREBY ORDRED that the following amounts shall be paid in accordance with the Court's Final Approval Order and the Settlement Agreement:

(a) An award of 25% of the Settlement Fund as attorneys' fees in the amount of $1,115,000.00 to Class Counsel;

(b) Reimbursement to Class Counsel of their out-of-pocket costs in the amount of $45,967.26;

(c) A Class Representative Service Award in the amount of $3,500.00 to Named Plaintiff Gregory Howell; and

(d) Settlement administration expenses, not to exceed $194,000.00, to JND

1 |      Class Action Administration.
2 |
3 | IT IS SO ORDERED.
4 |
5 | Date:
                                            Hon. Sallie Kim
6 |                                             U.S. Magistrate Judge